UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
P.O. BOX 432, MADISON, WI 53701
(608) 264-5156

TELEPHONE CONTACT INFORMATION

_____ is responsible for setting up the conference call.

Counsel for all parties shall be on the phone before contacting:

☐    Judge Crabb at (608) 264-5447

☐    Judge Shabaz at (608) 264-5504

☐    Magistrate Judge Crocker at (608) 264-5153

☐    Magistrate Judge Owens at (608) 264-5156