

ONE EAST MAIN STREET
POST OFFICE BOX 2719
MADISON, WI 53701-2719
TEL 608-257-3911
FAX 608-257-0609
www.gklaw.com

Direct: 608-284-2617
jfriedman@gklaw.com

February 8, 2008

Hon. John C. Shabaz
U.S. Dist. Court, W.D. Wisconsin
U.S. Courthouse
120 N. Henry St.
P.O. Box 432
Madison, WI 53701

      RE:   *Hyperphrase Technologies, LLC, et al. v. Google Inc.*,
             W.D. Wis. Case No. 06 C 0199 S

Dear Judge Shabaz:

    We write to follow up on Google's January 11, 2008 Response to Plaintiff's Motion to Reset Pretrial and Trial Dates. On February 7, 2008, the Federal Circuit Court of Appeals denied Google's petition for rehearing without comment. The mandate from the Federal Circuit will issue within seven days.

    Let us know if you have any questions about this letter.

                               Sincerely,

                               GODFREY & KAHN, S.C.

                               */s/ James A. Friedman*

                               James A. Friedman

JAF:jls
cc:   Raymond P. Niro
       Robert P. Greenspoon and William W. Flachsbart (via U.S. Mail)
       Kim Grimmer and Jennifer L. Amundsen
mn338792_1

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WI; WASHINGTON, DC; AND SHANGHAI, PRC
GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.