UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

      Plaintiff,

v.

GOOGLE INC.,

      Defendant.

Case No. 06-CV-00199-S

**NOTICE OF APPEARANCE OF JAMES D. PETERSON**

PLEASE TAKE NOTICE that James D. Peterson of Godfrey & Kahn, S.C., whose address is One East Main Street, P. O. Box 2719, Madison, WI 53701-2719 hereby enters his appearance on behalf of defendant Google, Inc. All pleadings and other documents should be served upon him at the foregoing address.

Dated this 12th day of February, 2008.

                          */s/ James D. Peterson*
                          James D. Peterson
                          State Bar No. 1022819
                          James A. Friedman
                          State Bar No. 1020756
                          GODFREY & KAHN, S.C.
                          One East Main Street, Suite 500
                          Post Office Box 2719
                          Madison, WI  53701-2719
                          Phone:   608-257-3911
                          Fax:       608-257-0609
                          Email:    jpeterson@gklaw.com

                          Attorneys for Defendant, GOOGLE INC.

*Of Counsel:*

| | | |
|---|---|---|
| Frank E. Scherkenbach | Michael J. Kane | Jason W. Wolff |
| Kurt L. Glitzenstein | William R. Woodford | Fish & Richardson P.C. |
| Peter J. Kirk | Fish & Richardson P.C. | 12390 El Camino Real |
| Fish & Richardson P.C. | 3300 Dain Rauscher Plaza | San Diego, CA  92130 |
| 225 Franklin Street | 60 South Sixth Street | Telephone:  (858) 678-5070 |
| Boston, MA  02110 | Minneapolis, MN  55402 | Facsimile:  (858) 678-5099 |
| Telephone:  (617) 542-5070 | Telephone:  (612) 335-5070 | |
| Facsimile:  (617) 542-8906 | Facsimile:  (612) 288-9696 | |

*Attorneys for Defendant GOOGLE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of February 2008, a true and correct copy of the following document was filed with the Clerk of the Court using the ECF filing system which will send notification of such filing to the following:

- **NOTICE OF APPEARANCE OF JAMES D. PETERSON**

| | |
|---|---|
| Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES, LLC and<br>HYPERPHRASE INC.<br><br>Kim Grimmer, Esq.<br>Jennifer L. Amundsen, Esq.<br>Solheim Billing & Grimmer, S.C.<br>One South Pinckney Street<br>Suite 301<br>Madison, WI 53703<br>kgrimmer@sbglaw.com<br>jamundsen@sbglaw.com | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES, LLC<br>and HYPERPHRASE INC.<br><br>Raymond Niro, Esq.<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>rniro@nshn.com |

I further certify that I caused the document to be mailed by U.S. first class mail and electronically to the following non-ECF participants:

Attorneys for Plaintiffs
HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.

Robert P.Greenspoon, Esq.
William W. Flachsbart, Esq.
Flachsbart & Greenspoon, LLC
53 West Jackson Boulevard, Suite 652
Chicago, IL 60604
rpg@fg-law.com
wwf@fg-law.com

s/Nicole Talbott Settle
Nicole Talbott Settle

mn337328_1