EXHIBIT 1

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

<u>VIA EMAIL AND FACSIMILE</u>

February 20, 2008

Christopher J. Lee, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   adv. HyperPhrase
      USDC-W.D. Wis. - Civil Action No. 06 C 0199 S

Dear Chris:

Google intends to file a motion for leave to amend its answer and counterclaims. We will be adding the counterclaims concerning the remaining '889 and '321 patents, which were dismissed without prejudice last January so HyperPhrase could perfect its appeal. We will also be adding the affirmative defenses of license/exhaustion in so far as HyperPhrase is apparently seeking damages based on the use of licensed Microsoft products and/or users.

Please promptly inform me if HyperPhrase intends to oppose Google's motion for leave, or if our motion will be unopposed, as we intend to file it this week.

Very truly yours,

Jason W. Wolff

JYW/lqm

10811874.doc