EXHIBIT 2

Dockets.Justia.com

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
858 678-5070

**VIA EMAIL AND FACSIMILE**

Facsimile
858 678-5099

February 21, 2008

Web Site
www.fr.com

Jason W. Wolff
858 678-4719

Sally Wiggins, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

Email
wolff@fr.com



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re:    HyperPhrase v. Google
USDC-W.D. Wis. - Civil Action No. 06 C 0199 S

Dear Sally:

In response to your letter yesterday regarding Google's first amended answer, a redline copy of Google's proposed first amended answer and counterclaims is attached.

Second, regarding 30(b)(6) deposition, there will be no deposition of Google on February 25. I will respond more fully to HyperPhrase's notice by tomorrow.

Very truly yours,

Jason W. Wolff

JYW/lqm

10812760.doc