EXHIBIT 3

## NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>JOHN C. JANKA<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS | 181 WEST MADISON STREET - SUITE 4600<br>CHICAGO, ILLINOIS 60602-4635<br>———<br>TELEPHONE (312) 236-0733<br>FACSIMILE (312) 236-3137<br><br>February 27, 2008 | PAUL C. GIBBONS<br>BRADY J. FULTON<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>ERIC J. MERSMANN<br>NICHOLAS M. DUDZIAK<br>KAREN L. BLOUIN<br>LAURA A. KENNEALLY<br>TAHITI ARSULOWICZ<br>———<br>OF COUNSEL:<br>THOMAS G. SCAVONE |

**Via Email and Facsimile Transmission: 858-678-5099**

Jason Wolff, Esq.
Fish & Richardson
12390 El Camino Real
San Diego, California 92130

     Re:    HyperPhrase v. Google, Civ. Action No. 06 C 0199 S (W.D. Wisc.)

Dear Jason:

     I have been in a Pretrial Conference in San Francisco. I received Google's proposed motion to amend. HyperPhrase will not agree to the motion for several reasons. By way of example, the new fifth affirmative defense proposed by Google comes too late in this lawsuit; there is no reason Google could not have sought this amendment years ago. With trial less than 3 months away, it is too late for an additional new defense. Additionally, Google's amendment exceeds the scope of the remand. Accordingly, HyperPhrase cannot agree to the amendment proposed by Google.

                                                      Sincerely,

                                                      Sally Wiggins

SW/amr