# EXHIBIT D

Dockets.Justia.com

US005530852A

# United States Patent [19]

Meske, Jr. et al.

[11] Patent Number: 5,530,852

[45] Date of Patent: Jun. 25, 1996

[54] METHOD FOR EXTRACTING PROFILES AND TOPICS FROM A FIRST FILE WRITTEN IN A FIRST MARKUP LANGUAGE AND GENERATING FILES IN DIFFERENT MARKUP LANGUAGES CONTAINING THE PROFILES AND TOPICS FOR USE IN ACCESSING DATA DESCRIBED BY THE PROFILES AND TOPICS

[75] Inventors: **Carl F. Meske, Jr.**, San Jose; **Philip J. Hooper**, Santa Clara; **Mark R. Opperman**, Palo Alto, all of Calif.

[73] Assignee: **Sun Microsystems, Inc.**, Mountain View, Calif.

[21] Appl. No.: **361,992**

[22] Filed: **Dec. 20, 1994**

[51] **Int. Cl.**[6] .......... **G06F 17/30**

[52] **U.S. Cl.** .......... **395/600**; 395/200.03; 395/200.09; 395/500; 395/700; 364/DIG. 1; 364/280.4; 364/280.6; 364/282.4

[58] **Field of Search** .......... 395/200.03, 200.09, 395/500, 600, 700

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,291,602 | 3/1994 | Barker et al. | 395/700 |
| 5,299,304 | 3/1994 | Williams et al. | 395/148 |

OTHER PUBLICATIONS

MCI Telecommunications, Inc., *Network MCI Business*, Pamphlet, Marketing Information (Oct. 1994).
Berners-Lee, T. and Daniel Connolly, *Hypertext Markup Language*, 1-36, Jun. 1993.
Berners-Lee, T., and Daniel *Hypertext Transfer Protocol*, 1-25, Jun. 1993.
Author Unknown, *A Beginner's Guide to HTML*, 1-14, Jun. 1993.
Haycox, J., "SGML as a Basis for an Intelligent Data Management System", IEEE, 1993, pp. 1017-1020.
Mamrak et al., "Benifits of Automating Data Translation", IEEE, Jul./1993, pp. 82-88.

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—John C. Loomis
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman

[57] **ABSTRACT**

A computer-implemented method and system for of retrieving information. A first file of information is received which includes a first markup language to identify contents of the information. Responsive to the receiving the first file of information, the first file of information is parsed to generate a list of profiles, and at least one corresponding topic for each of the list of profiles. A second file in a second markup language is created containing the list of the profiles and at least one corresponding third file is created in a third markup language for the at least one corresponding topic for each of the list of profiles. The second file contains anchors referencing each at least one corresponding third file, and first markup instances in the first file of information are converted to second markup instances in either the second file or the third file. The first file of information is parsed to determine the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles, and a corresponding brief for the at least one article. A fourth file and a fifth file are generated for the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles. The fourth file includes a brief of each the at least one article in the first file of information and an anchor to the fifth file, the fifth file including text for the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles.

**12 Claims, 19 Drawing Sheets**

U.S. Patent Jun. 25, 1996 Sheet 1 of 19 5,530,852

100
110
150
Client
User Requests
Server Responses
Server
160

Fig. 1

100
150
Client
250
HTTP
Browser
200
HTML
210
CGI
220
Forms
230
Server

Fig. 2

GOOG057301



U.S. Patent Jun. 25, 1996 Sheet 2 of 19 5,530,852

Display
321
Frame
Buffer
310
Keyboard
322
Cursor
Control
323
Hard Copy
Device
324
Network
Connector
325
Main
Memory
304
Read Only
Memory
306
Mass Storage
Device
307
Bus
301
Processor
302
300

Fig. 3

GOOG057302

U.S. Patent Jun. 25, 1996 Sheet 3 of 19 5,530,852

150
Server
100
440
Client
Forms
Browser
200
250
HTTP
220
CGI
430
HTML
Search
Result
Formatter
420
HTML
Files
400
SGML/HTML
Parser/Converter
410
E-Mail
News Source

Fig. 4

GOOG057303

U.S. Patent Jun. 25, 1996 Sheet 4 of 19 5,530,852

500
SGML Document
Internet Watch
Connectivity
Making Money
E-Mail
501
File System
Internet Watch
Dir
502
503
Connectivity
Making Money
Dir
504
Briefs/Articles
(HTML)
F00
F001
F002

Fig. 5

GOOG057304





U.S. Patent Jun. 25, 1996 Sheet 5 of 19 5,530,852

610
Index.html
620
Expanded_Index.html

630
Profiles Directory
640
Profile1
641
Profile2
...
642
ProfileN

Fig. 6a

GOOG057305

U.S. Patent Jun. 25, 1996 Sheet 6 of 19 5,530,852

650
Topics Directory
660
Topic1
661
Topic2
662
TopicM
...
670
Key.html
671
Summary*.html
672
94-307.rec_brf_72.htm
l
673
94-307.rec_72.html
...

Fig. 6b

GOOG057306

U.S. Patent Jun. 25, 1996 Sheet 7 of 19 5,530,852

700
702
Wait Predetermined Interval
704
New E-Mail Message?
No
Yes
706
Copy E-Mail to Working File, Yr-Day#.sgml
710
Parse sgml file to remove articles & create directories
712
Postprocess directories & files to create homepage and expanded index
714
Update FreeWAIS indices

Fig. 7a

GOOG057307



710
Start
730
Any More Articles?
End
Yes
732
Read Next Article
734
Any more profiles for this article?
No
Yes
736
Does Profile Exist?
No
738
Create Profile file
Yes
740
Does Topic subdirectory exist?
No
742
Create Topic subdirectory
Yes
744
Write article file
746
Write brief file
748
Any more topics?
Yes

Fig. 7B



U.S. Patent Jun. 25, 1996 Sheet 9 of 19 5,530,852

712
Start
750
Create Index.html,
expanded.index.html
752
Add anchors to index.html and
expanded.index.html
B
754
Any more topic
subdirectories?
No
End
Yes
756
Get next topic subdirectory
758
Creat key.html in topic subdirectory
A

Fig. 7C

GOOG057309

U.S. Patent Jun. 25, 1996 Sheet 10 of 19 5,530,852

A
762
Any more brief files in topic subdirectory
No
B
764
Get next brief file
766
Get article file
768
Add anchor to brief file
770
Add brief file to key.html

Fig. 7D

GOOG057310



Display/User Search
802
Client Connect
804
Display Requested Page
806
Search Requested?
Yes
808
Perform Free WAIS Search in Free WAIS Indices in Selected Profiles, If Any
810
Create HTML Pages for Search Result Including Briefs Organized by Relevancy

Fig. 8



First!
Welcome to First!
910
This is a searchable index. Enter search keywords:
Comments, Questions about this Service?

Contents

- Additional and Enhanced Telecom Services
- CPE Equipment and Services
- Comm Software
- Computer Systems
- Corporate Watch
- EMG News
- Executive News
- First! for EHS
- Government Tracking
- High Technology Financial News
- International Telecom
- Internet Watch
- Long Distance Telecom
- Miscellaneous Telecom Interests
- Multimedia
- Networking
- Peripherals
- Security Group
- Semiconductors
- SunExpress News

920

921

Fig. 9

U.S. Patent Jun. 25, 1996 Sheet 13 of 19 5,530,852

First!
Welcome to First!
This is a searchable index. Enter search keywords:
1010
1020
Additional and Enhanced Telecom Services
1021
800 and 900 Services
1022
Advanced Intelligent Networks
Caller ID
1023
Calling Card
FAX Services
Long Distance Business Services
Pay Telephone Equipment and Services
Telco Information Sevices
Videoconferencing
Voice Processing
1030
CPE Equipment and Services
1031
800 and 900 Services
Telemanagement and Call Center
Comm Software
Client-Server

Fig. 10

GOOG057313

Intel_news 1100

1101
Previous Topic

1102
Next Topic

1103
Return to Profile Page

12/13/94 1110

1111

Replacement Pentiums 1121
Hewlett-Packard Co. said Wednesday it will provide replacement microprocessors for customers who have technical problems with the Pentium chip used in Hewlett computers.

1112

Intel hires exterminators to kill Pentium bug
SAN JOSE, California-Intel Corp. said it will work with software experts to short-circuit the bug in its Pentium microprocessor. Richard Wirt, an Intelnd the error.

****Internet Backlash on Pentium Flaw
Intel Corporation, which makes the Pentium processor, is being besieged by angry buyers after an American mathematician discovered a flaw in the chip's "floating point unit."

Pentium Jokes from the Internet
Intel's Pentium woes have spawned a batch of new jokes on the Internet and other online systems. A sampling: Q: What is the successor to RU-486 birth control drug?

San Jose Mercury News, Calif., Dan Gillmor Column
PENTIUM ISSUE HAS BUGGED LOTS OF READERS: Want to get lots of mail, phone calls and faxes? Take one of Silicon Valley's major icons to task in print.

When Customer Complaint Hits the Internet, Even Intel Must Listen
Thomas Nicely just couldn't make the numbers work. On June 13, after running billions of calculations on his Pentium computer, the Lynchburg College math professor discovered the numbers didn't divide right.

Cyrix says court rule in favor vs. Intel
Cyrix Corp said that a district court has ruled that International Business Machines Corp may manufacture microprocessors for Cyrix under IBM's patent cross license with Intel Corp.

Intel shares off IBM decision to halt
Intel Corp shares fell sharply in heavy trading after International Business machines Corp announced it would halt shipments of personal computers

Fig. 11A

made with Intel's Pentium chip, analysts said.

Dell has no halt shipping Pentium
Dell Computers Corp said it has no plans to halt shipments of its Pentium-based personal computers because of the previously announced flaw in the chip and it added that demand for Pentium-based PCs remains strong.

Intel CEO to speak to analyst 1700 EST
Intel Corp chief executive office Andrew Grove will hold a telephone conference call with analysts and some reporters at 1700 EST/2200 GMT, Intel said.

CompUSA Pentium PC sales not yet hit by flaw
CompUSA Inc said it has not demand for its Pentium-based PCs remains heavy, with sales apparently unaffected by recent reports of the flaw in the Intel Corp chip.

Intel does not see a Q4 charge from flaw
Intel Corp does not expect to take a charge against fourth-quarter earnings because of any repercussions from the flaw discovered in its Pentium chip, said Andrew Grove, chief executive officer.

IBM HALTS SHIPMENTS OF PENTIUM-BASED PERSONAL COMPUTERS BASED ON COMPANY RESEARCH
IBM HALTS SHIPMENTS IF PENTIUM-BASED PERSONAL COMPUTERS BASED ON COMPANY RESEARCH-IBM today announced it has stopped shipment if all IBM personal computers based on the Intel Pentium microprocessor.

Intel says IBM shipment halt is unwarranted
In response to an IBM press release, Intel reiterated that it has studied the Pentium processor flaw for months and has concluded that the frequency of encountering reduced precision in floating point divide operations is once in every 9 billion random divide operations.

---

12/12/94 — 1

1130
1131

- Intel Announces New Chip Plant
- Va. Professor Found Chip Error
- INTEL TARGETS PENTIUM AT EUROPEAN HOME EDUCATION MARKET
- PC vendors grapple with FPU support-Many telling customers to call Intel.

Fig. 11B



- Intel's P24T delayed
- Intel Improves Windows Support in Fax Boards
- Intel Track Record Suffers Another Blow
- Software Vendors Look To Repel Pentium FPU Bug

1140
Previous Week's News

Copyright by first!

Fig. 11C

newsfeed

Enter keyword(s): solaris 1200

newsfeed contains the following items relevant to 'solaris':

0:Score=1000 Date=9/16/94 1201

Seybold - SunSoft In Document Viewer Deal 1202
From Seybold '94, Electronic Book Technologies and SunSoft have announced an agreement to create a universal document viewer for Solaris users. 1203

1:Score=1000 Date=9/7/94

SunSoft ships Netware Protocol Service for Solaris
SunSoft Inc. today began shipping PC Protocol services, a set of services for IPX/SPX compatible-access into the Solaris operating environment.

2:Score=994 Date=9/16/94

Seybold - SunSoft In Document Viewer Deal
From Seybold '94, Electronic Book Technologies and SunSoft have announced an agreement to create a universal document viewer for Solaris users.

3:Score=990 Date=9/7/94

Sunsoft ships Netware Protocol Service for Solaris
SunSoft Inc. today began shipping PC Protocol services, a set of services for IPX/SPX compatible-access into the Solaris operating environment.

4: Score=990 date=9/7/94

Sunsoft ships Netware Protocol Service for Solaris
SunSoft Inc. today begun shipping PC Protocol services, a set of services for IPX/SPX compatible-access into the Solaris operating environment.

5:Score=990 Date=9/7/94

Fig. 12A

Sunsoft ships Netware Protocol Service for Solaris

Sunsoft Inc. today began shipping PC Protocol services, a set of services for IPX/SPX compatible-access into the Solaris operating environment.

6: Score=975 Date 11/15/94

ED ZANDER, SUNSOFT PRESIDENT, TALKS ABOUT OBJECTS

After releasing Solaris 2.4 last month, Sunsoft Inc. is racing to beat competitors that are implementing object-oriented technology in operating systems.

7:Score=972 Date=9/7/94

Sunsoft ships Netware Protocol Service for Solaris

Sunsoft Inc. today began shipping PC Protocol services, a set of services for IPX/SPX comaptible-access into the Solaris operating environment.

8:Score=957 Date=11/15/94

ED ZANDER, SUNSOFT PRESIDENT, TALKS ABOUT OBJECTS

After releasing Solaris 2.4 last month, SunSoft Inc. is racing to beat competitors that are implementing object-oriented technology in operating systems.

9:Score=957 Date 11/22/94

PLASMON PORTS MANAGER TO THREE OSS

Plasmon Data Systems, of Milpitas, CA is making its MANAGER jukebox integration and management software available for Windows for Workgroups, OS/2, and Solaris environments.

10:Score=939 Date=9/13/94

Amdahl and Sun Deliver High-Performance Enhancements for Solaris

Amdahl Corporation and Sun Microsystems Computer Company today introduced the first product created as a result of the Amdahl-Sun strategic alliance.

11:Score=939 Date=9/13/94

Amdahl and Sun Deliver High-Performance Enhancements for Solaris

Amdahl Corporation and Sun Microsystems Computer Company today introduced the first product created as a result of the Amdahl-Sun strategic alliance.

Fig. 12B

# UK - NEC, VideoLogic Team On 3D Games 1300

Date: 12-16-94
Source: Newsbytes 1301
FileID:n1216161.805

1302

LONDON, ENGLAND, 1994 DEC 16 (NB) via First! -- NEC of Japan and VideoLogic in the UK have teamed up to develop a new three-dimensional (3D) video graphics system that they claim will "revoltionize" video games and desktop multimedia PC systems.

The technology, which has been developed so far by VideoLogic and is known by the name Power VR (Power Virtual Reality), is being licensed to NEC so that both companies can develop firmware capable of supporting 3D and VR technology for the consumer marketplace. VideoLogic officials say that the technology should arrive in the marketplace by the end of 1995.

According to VideoLogic, PowerVR has been in development for more than three years and provides true photo quality pictures in animated form, giving the user a sense of 3D realism and special effects that no other computer systems can generate.

One of the most interesting features of PowerVR is that the graphics technology is scalable, meaning that even lowly 32-bit games systems can produce the effect, although, obviously, not at the same level of resolution as on dedicated 64-bit systems against which the PowerVR system is aimed.

VideoLogic officials say that making realistic computer games is only one step on the ladder of technology as far as PowerVR is concerned. They point out that industrial applications, such as "walk through" VR building designs and even VR cites on computer could be sculpted using the PowerVR technology.

"The Ultimate aim in the games market, and, in the PC applications market, is to increase the level of realism and interactivity. The fruits of our developments with NEC will move games and other PC virtual reality applications into new realms of quality," explained Derek MacLaren, VideoLogic's chairman, announcing the NEC licensing deal.

"Our goal is to remove the 'virtual' from the virtual reality so that users of out technology can feel like they are actually in Jurassic Park rather than just watching the movie," he said

(Steve Gold/19941216/Press Contact: Andrew Smith, A plus Group +44-753-790700; Reader Contact: Kazuya Yoshida, NEC +44-71-353-4383; Neil Davison, VideoLogic +44-923+260511)

Profile: Multimedia
Topic: Virtual Reality

Fig. 13

# METHOD FOR EXTRACTING PROFILES AND TOPICS FROM A FIRST FILE WRITTEN IN A FIRST MARKUP LANGUAGE AND GENERATING FILES IN DIFFERENT MARKUP LANGUAGES CONTAINING THE PROFILES AND TOPICS FOR USE IN ACCESSING DATA DESCRIBED BY THE PROFILES AND TOPICS

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to information retrieval. More specifically, the present invention relates to a client/server model for information retrieval which includes the receipt of a plurality of information organized by profile and topic in a first markup language, and the parsing of the plurality of information into portions of information in a second markup language, including anchors referencing each of the portions of information to allow hypertext viewing and accessing.

2. Background Information

The development of computerized information resources, such as the Internet, and various on-line services, such as Compuserve. America Online, Prodigy, and other services, has led to a proliferation of electronically-available information. In fact, this electronic information is increasingly displacing more conventional means of information transmission, such as newspapers, magazines, and even, television. The primary issue in all of these resources is filtering the vast amount of information which is available in order that a user obtain that information which is of interest to him.

Currently, a user who subscribes to one of the above-services, or uses the Internet, in some circumstances, manually scans through the various information resources in order to obtain articles, postings, or other files which are of interest. Typically, the user manually scans in areas or sources of interest (publications, USENET Newsgroups, fora, or other areas classified by topic) to find topic areas which may be of interest to the user. The user then retrieves articles or files which have subject headings, for example, matching those which the user wishes to read. For example, in USENET newsgroups on the Internet postings frequently have relevant subject headings to permit manual scanning. Article headings in newspapers/magazines serve similar functions. Thus, if the user does not wish to view those stories with products for sale, then he simply ignores those postings having the term "For Sale" in the subject heading. Finally, as a last level of filtering, the, user can read the stories which have been filtered by topic, and subject heading, and if anytime during the viewing of the story the user wishes to ignore the rest of the article, he can stop reading it and simply discard the story. If desired, the user can download the remaining stories in any number of prior art ways, for off-line viewing.

As is clearly evident, this manual scanning process which a user must engage in is very time-consuming. To some extent, news is already filtered for readers. Those that subscribe to certain magazines/newspapers, or view certain television networks, already have the vast base of electronically-available information (e.g. wire services) filtered for them. However, this "filtering" is performed on a large-scale basis, for a wide audience. The tailoring of specific stories of interest to particular users has not been performed. Thus, a need has arisen to automatically sort through the large

variety of electronic sources in order to generate a subset of the stories available in electronic form which is tailored to a user's specific interests is desired.

Other services have recently become available. Some allow the retrieval of information via facsimile or other means, based upon user-specified parameters. Certain commercial services now provide a facsimile service to retrieve articles of interest based upon predefined profiles. These profiles include those grouped by company or by subject area. The articles of interest are retrieved using standard prior art techniques (e.g. boolean search terms). These services do not to a large extent, however, provide the information in digital form (e.g. on a user-interface display), nor do they allow the browsing of information which is retrieved from these sources.

Thus, the prior art of obtaining information from various sources suffers from several shortcomings.

## SUMMARY

A computer-implemented method and system for of retrieving information. A first file of information is received which includes a first markup language to identify contents of the information. Responsive to the receiving the first file of information, the first file of information is parsed to generate a list of profiles, and at least one corresponding topic for each of the list of profiles. A second file in a second markup language is created containing the list of the profiles and at least one corresponding third file is created in a third markup language for the at least one corresponding topic for each of the list of profiles. The second file contains anchors referencing each at least one corresponding third file, and first markup instances in the first file of information are converted to second markup instances in either the second file or the third file. The first file of information is parsed to determine the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles, and a corresponding brief for the at least one article. A fourth file and a fifth file are generated for the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles. The fourth file includes a brief of each the at least one article in the first file of information and an anchor to the fifth file, the fifth file including text for the at least one article, if any, for the each at least one corresponding topic for the each of the list of profiles. In implemented embodiments, a sixth file can also be created which contains a plurality of anchors referencing a plurality of the fifth files, wherein the anchors in the sixth file are arranged by each the profile and corresponding topic. The first file of information can include receiving an electronic mail (e-mail message. The processing of the first file, and the creation of the additional files with the included anchors allows hypertext viewing and traversal of the processed information.

In another embodiment a computer-implemented method and apparatus for retrieving information includes using a hypertext transfer protocol to display to a user a display generated from a first markup language, containing a list a profiles, and at least one corresponding topic for each of the list of profiles. The user is allowed to select via the hypertext transfer protocol a first plurality of the at least one corresponding topic for a second plurality of the list of profiles. The user is allowed to enter via the hypertext transfer protocol at least one search term. A search is performed using the search term in a first database of information, the first database of information organized by the list of the

profiles, and the at least one corresponding topic for each of the list of profiles. The search is performed in locations in the first database of information which correspond with each of the first plurality of the at least one corresponding topic for the second plurality of the list of profiles. Markup language files can be generated showing the results of the search. This search may include a FreeWAIS (inverted index) search of the parsed information.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the figures of the accompanying in which like references indicate like elements and in which:

FIG. **1** shows a client/server system in which embodiments of the present invention may be implemented.

FIG. **2** shows a more detailed view of the client/server illustrated in FIG. **1**.

FIG. **3** shows the structure of a workstation in which the client or server may be operative.

FIG. **4** shows a more detailed view of processes operative within the server.

FIG. **5** shows an example of files which are processed in implemented embodiments of the present invention.

FIGS. ***6a*** and ***6b*** show more details of files which are created in the server.

FIGS. ***7a–7d*** shows a sequence of steps performed in the server for generation of a profile and/or creation of a personal newspaper.

FIG. **8** shows the process performed during a user session, including the performance of any searching. FIGS. **9**, **10**, ***11a***, ***11b***, ***11c***, ***12a***, ***12b*** and **13** shows various display screens for user control and showing the results of the processes illustrated in FIGS. ***5a–5d*** and **7**.

## DETAILED DESCRIPTION

A portion of the disclosure of this patent document contains material which is subject to copyright protection and to which a claim of copyright protection is made. The owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyrights and similar rights whatsoever.

The present invention is a method and apparatus for automatically creating hypertext documents from information using profiles and topics, and providing that information to a user. Although the following will be described with reference to certain particular embodiments, including data structures, flow of steps, hardware configurations, etc. . . , it will be apparent to one skilled in the art that implementations of the present invention can be practiced without these specific details.

Implementations of the present invention use a client/server architecture, as illustrated in FIG. **1**, wherein user requests **110** for news are sent by a client application program **100** to a server **150** (typically, a remote computer system accessible over the Internet or other communication medium). The server **150**, as will be described in more detail below performs scanning and searching of raw (e.g. unprocessed) information sources (e.g. newswires feeds or newsgroups), based upon these user requests, presents the filtered electronic information as server responses **160** to the client process. The client process may be active in a first computer system, and the server process may be active in a second computer system, and communicate with one another over a communication medium, thus providing distributed functionality and allowing multiple clients to take advantage of the information gathering capabilities of the server.

A more detailed view of the client and server are shown in FIG. **2**. Although the client and server are processes which are operative within two computer systems, these processes being generated from a high level programming language (e.g. PERL), which is interpreted and executed in a computer system at runtime (e.g. a workstation), it can be appreciated by one skilled in the art that they may be implemented in a variety of hardware devices, either programmed or dedicated.

Client **100** and server **150** communicate using the functionality provided by Hypertext Transfer Protocol (HTTP). The World Wide Web (WWW) or simply the "Web" includes all the servers adhering to this standard which are accessible to clients via Uniform Resource Locators (URL's). For example, communication can be provided over a communication medium **250**. In some embodiments, the client and server may be coupled via Serial Line Internet Protocol (SLIP) or TCP/IP connections for high-capacity communication. Active within the client is a first process, known as a "browser" **200**, which establishes the connection with server **150**, and presents information to the user. Any number of commercially or publicly-available browsers may be used, in various implementations, however in this implementation, browser **200** is the Mosaic brand browser available from the National Center for Supercomputing Applications (NCSA) in Urbana-Champaign, Illinois. Other browsers such as the Netscape, Netcruiser, or the Lynx brand browsers, or others which are available and provide the functionality specified under HTTP and the Mosaic browser may be used.

The server **150** executes the corresponding server software which presents information to the client in the form of HTTP responses. The HTTP responses correspond with the Web "pages" represented using Hypertext Markup Language (HTML), or other data which is generated by the server, as will now be discussed.

Under the Mosaic brand browser, in addition to HTML functionality **210** provided by the server (display and retrieval of certain textual and other data based upon hypertext views and selection of item(s)), a Common Gateway Interlace (CGI) **220** is provided which allows the client program to direct the server to commence execution of a specified program contained within the server. This may include a search engine which scans received information in the server for presentation to the user controlling the client. Using this interface, and HTTP, the server may notify the client of the results of that execution upon completion.

In order to control the parameters of the execution of this server-resident process, the client may direct the filling out of certain "forms" from his browser. This is also provided by the "fill-in forms" functionality **230** available under Mosaic, which allows the user via his client application program **100**, to specify search terms in which the server will cause an application program to function (e.g. terms contained in the types of stories/articles which are of interest to the user). The details of this searching mechanism will be discussed below.

A computer system, such as a workstation, personal computer or other processing apparatus in which the client **100** or server **150** may be operative is illustrated in FIG. **3**. A workstation in which one implementation of the present invention may be practiced includes system **300**. **300** comprises a bus or other communication means **301** for communicating information, and a processing means **302**

coupled with bus **301** for processing information. System **300** further comprises a random access memory (RAM) or other volatile storage device **304** (referred to as main memory), coupled to bus **301** for storing information and instructions to be executed by processor **302**. Main memory **304** also may be used for storing temporary variables or other intermediate information during execution of instructions by processor **302**. System **300** also comprises a read only memory (ROM) and/or other static storage device **306** coupled to bus **301** for storing static information and instructions for processor **302**, and a data storage device **307** such as a magnetic disk or optical disk and its corresponding disk drive. Data storage device **307** is coupled to bus **301** for storing information and instructions. This may be used for storage of the various files to be described here including profile, indices, topics, and article files.

System **300** may further be coupled to a display device **321**, such as a cathode ray tube (CRT) or liquid crystal display (LCD) coupled to bus **301** for displaying information to a computer user. Such a display **321** may further be coupled to bus **301** via a frame buffer **310**, which information such as a single or multiple frames or images for display upon display device **321**. An alphanumeric input device **322**, including alphanumeric and other keys, may also be coupled to bus **301** for communicating information and command selections to processor **302**. An additional user input device is cursor control **323**, such as a mouse, a trackball. stylus, or cursor direction keys, coupled to bus **301** for communicating direction information and command selections to processor **302**, and for controlling cursor movement on display **321**.

Note, also, that any or all of the components of system **300** and associated hardware may be used in various embodiments, however, it can be appreciated that any configuration of the system may be used for various purposes according to the particular implementation.

In one embodiment, system **300** is one of the Sun Microsystems® brand family of workstations such as the SPARCstation brand workstation manufactured by Sun Microsystems® of Mountain View, Calif. Processor **302** may be one of the SPARC brand microprocessors manufactured by Sun Microsystems®, Inc. of Mountain View, Calif.

Note that the following discussion of various embodiments discussed herein will refer specifically to a series of routines which are generated in a high-level programming language (e.g., the PERL interpretive language) which is interpreted and/or executed in system **300** at run-time. These further are used in conjunction with the browser and server software available from NCSA, as described above, including the specification of the appearance of displays in HTML. It can be appreciated by one skilled in the art, however, that the following methods and apparatus may be implemented in special purpose hardware devices, such as discrete logic devices, large scale integrated circuits (LSI's), application-specific integrated circuits (ASIC's), or other specialized hardware. The description here has equal application to apparatus having similar function.

FIG. 4 shows in more detail the processes which form major components of implemented embodiments of the present invention. An SGML/HTML parser/converter process **400**, implemented in PERL, communicates with the server via CGI **220**, can process and respond to user requests for information, including search requests, in files which are resident upon the server. In addition, a search result formatter process **430** may also create certain HTML files **420** responsive to user search requests to perform a FreeWAIS search. The HTML versions of articles stored from the SGML mail message are searched for the presence of specified search terms, and additional HTML files created responsive thereto. The HTML results of these search requests can then be displayed on the client's console. In implemented embodiments, the HTML files **420** which are resident on the server are generated from an electronic mail (e-mail) message which is received from a second process, the news source **410**. This process may be operative on yet another computer system and communicate with the server over a networking medium. In this implementation, the news source embeds within the e-mail message, Standard Generalized Markup Language (SGML) text which helps to identify and categorize the text. This is illustrated in FIG. **5**. This is one implementation only, however, and other sources (e.g. USENET Newsgroups) may be used as a news source. In a

In this implementation a news source provides an e-mail message at some predetermined time period to the server **210**, and the HTML generator **400** parses the message, and creates HTML files which are made available during the client's session. The e-mail message contains embedded SGML text, which includes profile/topic(key) information. Of course, the text may be received in any number of descriptive/formatting languages. A profile, in this implementation, is one or many topics. For example, a profile list file may be entitled "Sun_Express_News.list" wherein a single profile name may be entitled "Direct Marketing." Keys (or topics) may be, for example, "Telemarketing" and "Catalog Sales." In another implementation, a profiles/topic may include a USENET newsgroup and subject heading. Individual topics, in this implementation, are generated via a search of large numbers of publications using heuristic techniques to obtain the topics and group them by profile. This front-end searching and categorization into profiles and topics is performed using a service available from Individual, Inc. Also, profiles are preset with specific topic(s) contained therein, although profiles and/or topics may be user-defined in other implementations.

A separate directory is used for storing each topic. As illustrated in FIG. **5** and **6***b*, a directory **501** representing a profile may be created (named "Internet Watch" in the example) is created, if required. If it already exists, then subdirectories (e.g. **502** and **503**, named "Connectivity" and "Making Money") for the topic(s) contained within the profile also are present (and created, if required). Within each subdirectory, files are created (e.g. **504**) which contained the parsed articles themselves contained within the e-mail message **500**. Two types of files are stored for each article: a brief of the article; and the article itself. Briefs (a.k.a. abstracts) are used by the user during browsing of the results of the information retrieval to determine if a detailed review of the specific article is required.

The various files created during SGML processing are shown in FIGS. **6***a* and **6***b*. In a specified directory (e.g. the root directory accessible via the Uniform Resource Locator [URL]) the html files index.html **610** and expanded_index.html **620** are stored. The index.html file **610**, contains a list of all the profiles which are currently defined (as received in the SGML file). The expanded_index.html file **620**, contains a list of the profiles along with their associated anchors referencing a list of abstracts (briefs) for each topic.

Theses lists of abstracts are contained in key files (e.g. **620**, **630**), for each topic. The index.html file **610**, expanded index.html **680**, and key files are all created after parsing of the article files, wherein anchors are created in the various files in order to allows hypertext cross-referencing of the various related files and/or documents. As the SGML file is parsed, profile files (lists of topics) **640**, **641**,**642**, etc. . . are

created in order to keep track of profiles. These are stored in a profiles directory **630**.

As shown in FIG. **6***b*, a topics directory **650** references each of the topics, stored as directories **660**, **661**,**662**, etc. . . In each topic directory (e.g. **660**), a key file **670** is stored which contains, by topic, references to each of the articles (e.g. **673**) contained within the directory. As will be illustrated below, the key file **670** contained titles represented as anchors to the articles themselves, and associated abstracts (from the brief files—e.g. **672**) stored in the directory. Each brief file, such as **672**, also contains an anchor to the article file. Lastly, summary files, such as summary*.html **671**, are stored in the directory which contain a previous weeks' summary of titles, represented as anchors, of articles stored in the topic directory. Summary files are stored with the file specification summary<date#>.html, wherein date# is a julian date for a previous week's date. Of course, any unique file specification may be used.

The SGML file is processed twice to obtain relevant information. First, it is parsed to obtain the articles and briefs for each article. According to which profiles/topics the articles are relevant to each article and brief, directories, if required are created. The articles and briefs are then stored in to these subdirectories. A second pass of the profile and topic subdirectories causes the linkage of the index.html, expanded_index.html, key.html, and article html files for each topic for hyperlink cross-referencing. The details and mechanics of this are discussed below.

An example of a story contained within an SGML formatted message is shown as follows:

```
<rec>
<title>
BEST PRODUCTS ANNOUNCES OCTOBER SALES
</title>
<date>11-03-94<date>
<date1> Nov. 3, 1994</date1>
<brief>
<paragraph>
Best Products Co., Inc. today reported sales for fiscal
October, the four weeks ended October 29, 1994, increased
2.4% to $102.0 million compared to $99,6 million for the
four weeks ended October 30, 1993.
</paragraph>
</brief>
<source>Business Wire</source>
<fileid>b1103123.200</fileid>
<text>
<paragraph>
RICHMOND, Va. -- (BUSINESS WIRE) via First! -- Best
Products Co., Inc. (Nasdaq:BEST) today reported sales for
fiscal October, the four weeks ended October 29, 1994,
increased 2.4% to $102.0 million compared to $99.6 million
for the four weeks ended October 30, 1993. Comparable
store sales increased 0.8%
 for the same period.</paragraph>
<paragraph>
Fiscal year-to-date sales increase 4.1% to $918.7 million
for the 39 weeks ended October 29, 1994 compared to $882.7
million for the same period the prior year. Comparable
store year-to-date sales for 1994 increased 3.4% to $886.7
million compared to $857.7 million for the same period
during 1993</paragraph>
 <paragraph>
Chief Executive Officer Stewart M. Kasen said, "October
sales strengthened during the second half of the month and
met the company's expectations. Jewelry sales continued
their positive trend, along with those of housewares and
home furnishings."</paragraph>
<paragraph>
Best Products, the nation's second largest catalog
showroom retailer, operates 160 Best showrooms and 12 Best
Jewelry stores in 22 states. The company also operates a
```

-continued

```
nationwide mail-order service.</paragraph>
<paragraph>
804/261-2150
212/850-5600</paragraph>
</text>
<catalog items>
<key>Direct Marketing</key>
<key>Retail Department Stores</key>
<key>Retail Dist. Overview</key>
<profile>Sun Express News</profile>
<key>Direct Marketing</key>
<key>Catalog Sales</key>
</catalog_items>
</rec>
```

After parsing to create the profile list, the SGML file is parsed again to otain the brief and story files. HTML instances are substituted for SGML instances. Other corresponding formatting commands and/or codes may be used which correspond with those in the source language. In addition, an anchor is created referencing the article file itself, in order to allow hypertext browsing from the brief to the article itself. Anchors implemented using any number of hypertext retrieval techniques, and HTML is only discussed as one implementation. A brief file has a file name with the format:

<yr-day#.rec_brf_story#.hrml> (e.g. 94–307.rec_brf_72.html)

Wherein day# is the julian calendar date for the year, and story# is a unique number assigned to the story as it was read from the SGML file. An example of a brief file is as follows:

```
<dl><dt><A HREF="94-307.rec__15.html">BEST
PRODUCTS
ANNOUNCES OCTOBER SALES
</A>
 <dd>
 Best Products Co., Inc. today reported sales for fiscal
October, the four weeks ended October 29, 1994, increased
2.4% to $102.0 million compared to $99.6 million for the
four weeks ended October 30, 1993.
<p>
</dl>
```

An article file is similarly created wherein SGML instances are replaced by their HTML equivalents. An article file has a file name with the format:

<yr-day#.rec_story#.html> (e.g. 94–307.rec_72.html)

An example of an article or story file is as follows:

```
<html>
 <title>
BEST PRODUCTS ANNOUNCES OCTOBER SALES
</title>
 <hl>
BEST PRODUCTS ANNOUNCES OCTOBER SALES
</hl><p>
 <pre>
Date: 11-03-94
Source: Business Wire
FileIDL b1103123.200
</pre><p>
 <body>
 RICHMOND, Va. -- (BUSINESS WIRE) via First! -- Best
Products Co., Inc. (Nasdaq:BEST) today repored sales for
fiscal October, the four weeks ended October 29, 1994,
increases 2.4% to $102.0 million compared to $99.6 million
for the four weeks ended October 30, 1993. Comparable
store sales incresed 0.8% for the same period.<p>
 Fiscal year-to-date sales increased 4.1% to $918.7
```

-continued

```
million for the 39 weeks ended October29, 1994 compared to
$882.7 million for the same period the prior year.
Comparable store year-to-date sales for 1994 increased
3.4% to $886.7 million compared to $857.7 million for the
same period during 1993.<p)
  Chief Executive Officer Stewart M Kasen said, "October
sales strengthened during the second half of the month and
met the company's expectations. Jewelry sales continued
their positive trend, along with those of housewares and
home furnishings."<p>
  Best Products, the nation's second largest catalog
showroom retailer, operates 160 Best showrooms and 12 Best
Jewelry stores in 22 states. The company also operates a
nationwide mail-order service.<p>
804-261-2150
212/850-5600<p>
</body>
 <!-- Start Catalog -->
 <pre>
   Profile: Sun Express News
     Topic: Direct Marketing
     Topic: Catalog Sales
</pre>
<!-- End Catalog -->
</html>
```

Details of a process performed for creating the profile.list (and corresponding HTML file), topic, summary, article and brief files in implemented embodiments will now be discussed with rerference to FIGS. *7a–7d*. The process is implemented as an interpretative PERL script, and is idle until the expiration of a predetermined time period, step **702** (e.g. 15 minutes). Upon the expiration of this time period, it is determined whether the server has received a new mail message containing the SGML formatted text, step **704**. If so, then processing of the mail message can proceed.

At step **706**, the mail message is copied to a local working directory for additional processing. The file has a name with the format:

<yr-day#.sgml> (e.g. 94–307.sgml)

The file is then parsed at step **710** to remove articles, obtain profiles/keys, and create any topic directories, if required. Subsequent to parsing of the sgml file and creation of html files, the directories are post processed at step **712** in order to create the homepage and expanded index, and provide linkage among the various article, brief, summary, topic, index, and expanded index files. Finally, at step **714**, the FreeWAIS indices, used for performing keyword searching are updated to allow user searching of the profiles and topics.

FIG. *7b* shows more details of the step **710** shown in FIG. *7a*. At step **730**, it is determined whether there are any more article files contained within the SGML file. If not (e.g. an end-of-file condition is detected), then the process is complete. If so, however, then the next article file, including the profile/key information is read at step **732** (e.g. the next instance of <rec>). Stories are delimited by <rec></rec>. Then, the profile/key information contained within the article can be processed.

As shown in the example SGML file above, profiles are delimited by the expressions <profile></profile>. Topics are delimited by the expressions <key> </key> and follow the profile name. As shown above, profiles and keys (topics) follow each article, and are delimited by the expressions <catalog_items></catalog_items>. If there are no more profiles/topics for the article, as detected at step **734**, then process **710** proceeds to step **736**. If there are more profiles, then it is detected at step **736** whether a profile file exists for the profile. If not, then a profile file is created at step **738**. Then, at step **740**, it is detected whether a topic subdirectory exists for the topic. If not, then it is created at step **742** and a entry is added to the profile file listing the topic in the profile file. Once the entry has been added to the profile file, and the topic subdirectory created, if required, then the article file is written at step **744**, replacing all SGML instances with HTML instances. The brief file is similarly written. As shown in the example above, the brief file is delimited by <brief> </brief>. At step **748**, it is detected whether any more topics defined for this profile. If so, process **710** proceeds to step **740**. If not, it proceeds to step **734** for retrieval of the next profile in the article. As is evident from the flowchart, several copies of the article and corresponding brief may be created, however, as an optimization, links only may be stored in the directories to a single copy of the brief and corresponding article. Other modifications would be apparent to one skilled in the art.

FIGS. *7c* and *7d* show the details of the post processing step **712**. Step **712** is performed upon completion of processing of the article files from the e-mail message. Upon entry into step **712**, complete profiles and associated topics are known. Thus, the Index.html and expanded_index.html files may be created at step **750**. Anchors to the brief files and the corresponding articles occurs within the process at step **752**. At step **754** it is determined whether there are any more topic subdirectories. If so, then the next topic subdirectory is retrieved at step **756**. The key.html file (for referencing the articles) is created at step **758**. The process then continues in FIG. *7d*. At step **762** in FIG. *7d*, it is determined whether there are any more brief files contained in the subdirectory. If not, then the process returns to step **754** of FIG. *7c*. If so, then the next brief file is retrieved at step **764**. The corresponding article file is then retrieved at step **766**. The anchor to the article can then be added to the brief file at step **768**. The brief file, including the anchor can then be inserted into the key.html file at step **770**. This allows hypertext viewing of the article from the brief or key.html files via a browser. Upon completion of this processing, full hypertext browsing among the index, expanded index, topic, brief, or article files may then be accomplished.

FIG. **8** shows a process for displaying/searching using the above-created HTML files, and additional files which can be created on demand, after execution of a search. A session typically commences when the HTTP server detects a request for a client connect, step **802**. Then, the requested page, typically the home page, is displayed on the client browser at step **804**. Any other requested page can be displayed using normal HTFP exchanges, including, the profile list (home page), the expanded profile list which includes topics arranged by profile, or any selected profile, topic, brief or story page using the above-created HTML pages. In addition, the server detects whether a search has been requested at step **806**. If so, then a FreeWAIS (inverted index) search is performed, at step **808**, in the selected profiles, if any. At step **810**, HTML page(s) containing the results of the search are generated, including story brief, and titles, organized by relevancy. Relevancy may include any number of factors, including but not limited to, primacy, and number of occurrences, in this order. Other, more sophisticated, relevancy measures may also be used. The story headings are displayed as anchors which reference the stories themselves. Upon completion of the search, the request page(s) are again displayed, in this case the search results at step **804**.

FIGS. **9a** and **9b** show a scrollable display which is displayed as the main home page HTML file. A search field **910**, which allows user input at any time using fill-in forms

support under HTTP is displayed for FreeWAIS searching at any time in the selected profile(s). Each of the profile names (e.g. **920**, **921**, etc.) are selectable as anchors as profiles for the search or for referencing the expanded home page (FIG. **10**).

The expanded home page display is shown in FIG. **10**. This includes profile headings (e.g. **1020**. **1030**) and corresponding topic anchors (**1021**, **1022**, **1023**, and **1031**) for access to the topic main pages. Again, the expanded home page is searchable by entering text into field **1010**.

FIGS. **11***a*–**11***c* include a scrollable display which shows the Topic Summary page accessible by selecting any of the topic anchors shown in FIG. **10**. This includes the topic heading **1100**, and anchor **1101** to the previous topic, if any, for the profile. This also includes a next topic anchor **1102**, and a return to profile page for returning to the home page shown in FIG. **9**. Anchors for story headings **1111**, **1112**, etc. . . are present for access to the stories themselves. The display also includes the brief for each story (e.g. **1121**). A previous days headings only (**1130**, **1131**, etc. . .) are shown and allow access to those stories, as shown in FIG. **11***b*. Anchor **1140** of FIG. **11***c* allows the access of an HTML page for a previous week's stories for the given topic, if any.

FIGS. **12***a* and **12***b* show the results of a FreeWAIS search, as described above. The search term(s) are shown in field **1200**, and story headings (e.g. **1202**), which act as anchors to the story pages themselves, are shown sorted by relevancy. The relevancy Score, including the date, is shown as **1201** for each article. The text from the brief HTML file is shown as **1203**.

Lastly, story text is displayed on a page such as that shown in FIG. **13**. **1300** includes the story title, **1301** includes identifying information regarding the story, and **1302** shows the story text itself.

Thus, a method and apparatus for a retrieving information has been described. Note that though the foregoing has particular utility and has been described with reference to certain specific embodiments in the figures and the text, that one may practice the present invention without implementing all of these specific details. Thus, the figures and the text are to be viewed in an illustrative sense only, and not limit the present invention. The present invention is only to be limited by the appended claims which follow.

What is claimed is:

**1**. A computer-implemented method of retrieving information comprising the following steps:

a. receiving a first file of information which includes a first markup language to identify contents of said information;

b. responsive to said receiving said first file of information, parsing said first file of information to generate a list of profiles, and at least one corresponding topic for each of said list of profiles;

c. generating a second file in a second markup language containing said list of said profiles and at least one corresponding third file in a third markup language for said at least one corresponding topic for each of said list of profiles, wherein said second file contains anchors referencing each at least one corresponding third file, and first markup instances in said first file of information are converted to second markup instances in either said second file or said third file;

d. parsing said first file of information to determine said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles, and a corresponding brief for said at least one article; and

e. generating a fourth file and a fifth file for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles, said fourth file including a brief of each said at least one article in said first file of information and an anchor to said fifth file, said fifth file including text for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles.

**2**. The method of claim **1** further comprising the step of generating a sixth file which contains a plurality of anchors referencing a plurality of said fifth files, wherein said anchors in said sixth file are arranged by each said profile and corresponding topic.

**3**. The method of claim **1** wherein said step of receiving said first file of information includes receiving an electronic mail (e-mail) message.

**4**. The method of claim **1** further comprising the step of creating a directory for each of said list of said profiles and at least one subdirectory for said at least one corresponding topic for each of said list of profiles, and storing said third and fifth file for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles in said subdirectory.

**5**. The method of claim **1** wherein said generating said at least one corresponding third file for said at least one corresponding topic for each of said list of profiles, includes generating a first level heading for each of said list of profiles, and generating a second level heading for said at least one corresponding topic for each of said list of profiles.

**6**. The method of claim **5** wherein said second level heading for said at least one corresponding topic for each of said list of profiles comprises an anchor referencing said fifth file.

**7**. A computer-implemented method of retrieving information comprising the following steps:

a. parsing a first file of information to generate a list of profiles, and at least one corresponding topic for each of said list of profiles;

b. generating a second file containing said list of said profiles and said at least one corresponding topic for each of said list of profiles;

c. parsing said first file of information to determine said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles;

d. generating a third file for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles, said third file including text for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles; and

e. inserting an anchor in said second file referencing said third file for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles.

**8**. The method of claim **7** further comprising the step of receiving said first file of information in an electronic mail (e-mail) message.

**9**. The method of claim **7** wherein said inserting an anchor in said second file referencing said third file for said at least one article, if any, for said each at least one corresponding topic for said each of said list of profiles includes generating a first level heading for each of said list of profiles, and generating a second level heading for said at least one corresponding topic for each of said list of profiles, wherein said second level heading includes a first anchor referencing said third file.

10. A computer-implemented method of retrieving information comprising the following steps:

a. using a hypertext transfer protocol, displaying to a user a display generated from a first markup language, containing a list a profiles, and at least one corresponding topic for each of said list of profiles;

b. allowing a user to select via said hypertext transfer protocol a first plurality of said at least one corresponding topic for a second plurality of said list of profiles:

c. allowing said user to enter via said hypertext transfer protocol at least one search term: and

d. executing a search using said search term in a first database of information, said first database of information organized by said list of said profiles, and said at least one corresponding topic for each of said list of profiles, wherein said search is performed in locations in said first database of information which correspond with each of said first plurality of said at least one corresponding topic for said second plurality of said list of profiles.

11. The method of claim 10 further comprising the step of displaying, via said hypertext transfer protocol, results of said search using said search term in said first database, said results of said search including a first display generated from a first markup language file representing said results of said search, said first markup language file including at least one anchor, wherein said each at least one anchor references a second file containing text which includes said search term for each article for one of said first plurality of said at least one corresponding topic for said second plurality of said list of profiles.

12. The method of claim 10 wherein said step of executing said search using said search term in said first database of information includes performing a FreeWAIS search of said first database.

* * * * *

# EXHIBIT E



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1989 by Merriam-Webster Inc.

Philippines Copyright 1989 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Includes index.
I. English language—Dictionaries. I. Merriam-Webster Inc.
PE1628.W5638 1989 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
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3435RMcN89

**wheel bug** *n* (1815) : a large No. American bug (*Arilus cristatus*) that has a high serrated crest on its prothorax and that sucks the blood of other insects

**wheel·chair** \'hwē(ə)l-,che(ə)r, 'wē(ə)l-, -,cha(ə)r\ *n* (1700) : a chair mounted on wheels esp. for the use of invalids

**wheeled** \'hwē(ə)ld, 'wē(ə)ld\ *adj* (1606) **1** : equipped with wheels ⟨~ vehicles⟩ **2** : moving or functioning by means of wheels ⟨~ traffic⟩

**wheel·er** \'hwē-lər, 'wē-\ *n* (1683) **1** : one that wheels **2** : a draft animal (as a horse) pulling in the position nearest the front wheels of a wagon **3** : something (as a vehicle or ship) that has wheels — used esp. in combination ⟨side-*wheeler*⟩

**wheeler and dealer** *n* (1965) : WHEELER-DEALER

**wheel·er–deal·er** \,hwē-lər-'dē-lər, ,wē-\ *n* [fr. the vb. phrase *wheel and deal*] (1954) : a shrewd operator esp. in business or politics

**wheel·horse** \'hwē(ə)l-,hȯ(ə)rs, 'wē(ə)l-\ *n* (1708) **1** : a horse (as in a tandem) in a position nearest the wheels **2** : a steady and effective worker esp. in a political body

**wheel·house** \-,haủs\ *n* (ca. 1813) : PILOTHOUSE

**wheel·ie** \'hwē-lē, 'wē-\ *n* (ca. 1965) : a maneuver in which a wheeled vehicle (as a bicycle) is momentarily balanced on its rear wheel or wheels

**wheel·ing** \'hwē-liŋ, 'wē-\ *n* (15c) **1** : the act or process of one that wheels **2** : the condition of a road relative to passage on wheels

**wheel lock** *n* (1670) : a gunlock for a muzzle-loading firearm in which sparks are struck from a flint or a piece of iron pyrites by a revolving wheel

**wheel·man** \'hwē(ə)l-mən, 'wē(ə)l-\ *n* (1865) **1 a** : HELMSMAN **b** : the driver of an automobile **2** : CYCLIST

**wheels·man** \'hwē(ə)lz-mən, 'wē(ə)lz-\ *n* (1885) : one who steers with a wheel; *esp* : HELMSMAN

**wheel·work** \'hwē(ə)l-,wərk, 'wē(ə)l-\ *n* (1670) : wheels in gear and their connections in a machine or mechanism

**wheel·wright** \-,rīt\ *n* (13c) : a maker and repairer of wheels and wheeled vehicles

¹**wheen** \'hwēn, 'wēn\ *adj* [ME (Sc) *quheyne*, fr. OE *hwǣne*, *hwēne*, adv., somewhat, fr. instr. of *hwōn* little, few] *dial Brit* (14c) : FEW 2

²**wheen** *n, dial Brit* (1757) : a considerable number or amount

¹**wheeze** \'hwēz, 'wēz\ *vi* **wheezed; wheez·ing** [ME *whesen*, prob. of Scand origin; akin to ON *hvæsa* to hiss; akin to OE *hwǣst* action of blowing, L *queri* to complain] (15c) **1** : to breathe with difficulty usu. with a whistling sound **2** : to make a sound resembling that of wheezing

²**wheeze** *n* (1834) **1** : a sound of wheezing **2 a** : an often repeated and widely known joke used esp. by entertainers **b** : a trite saying or proverb

**wheezy** \'hwē-zē, 'wē-\ *adj* **wheez·i·er; -est** (1818) **1** : inclined to wheeze **2** : having a wheezing sound — **wheez·i·ly** \-zə-lē\ *adv* — **wheez·i·ness** \-zē-nəs\ *n*

¹**whelk** \'hwelk, 'welk, 'wilk\ *n* [ME *welke*, fr. OE *weoloc*; akin to L *volvere* to turn — more at VOLUBLE] (bef. 12c) : any of numerous large marine snails (as of the genus *Buccinum*); *esp* : one (*B. undatum*) much used as food in Europe

²**whelk** \'hwelk, 'welk\ *n* [ME *whelke*, fr. OE *hwylca*, fr. *hwelian* to suppurate] (bef. 12c) : PAPULE, PUSTULE

**whelm** \'hwelm, 'welm\ *vb* [ME *whelmen*] *vt* (14c) **1** : to turn (as a dish or vessel) upside down usu. to cover something : cover or engulf completely with usu. disastrous effect **2** : to overcome in thought or feeling : OVERWHELM ~ *vi* : to pass or go over something so as to bury or submerge it

¹**whelp** \'hwelp, 'welp\ *n* [ME, fr. OE *hwelp*; akin to OHG *hwelf* whelp] (bef. 12c) **1 a** : one of the young of various carnivorous mammals and esp. of the dog **b** : a young boy or girl **2** : an ill-considered or despised person or his offspring

²**whelp** *vt* (13c) : to give birth to — used of various carnivores and esp. the dog ~ *vi* : to bring forth young

¹**when** \(')hwen, (')wen, (h)wən\ *adv* [ME, fr. OE *hwanne*, *hwenne*; akin to OHG *hwanne* when, OE *hwā* who — more at WHO] (bef. 12c) **1** : at what time ⟨~ will he return⟩ **2 a** : at or during which time **b** : and then **3** : at a former and usu. less prosperous time ⟨brag fondly of having known him ~ —Vance Packard⟩

²**when** *conj* [ME, fr. OE *hwanne*, *hwenne*, fr. *hwanne*, *hwenne*, adv.] (bef. 12c) **1 a** : at or during the time that : WHILE ⟨went fishing ~ he was a boy⟩ **b** : just at the moment that ⟨stop writing ~ the bell rings⟩ **c** : at any or every time that ⟨~ he listens to music, he falls asleep⟩ **2** : in the event that : IF ⟨a contestant is disqualified ~ he disobeys the rules⟩ **3 a** : considering that ⟨why use water at all ~ you can drown in it —Stuart Chase⟩ **b** : in spite of the fact that : ALTHOUGH ⟨quit politics ~ he might have had a great career in it⟩

³**when** \,hwen, ,wen\ *pron* (14c) : what or which time ⟨in 1934, since ~ he has been working at landscapes and portraits —*Horizon*⟩

⁴**when** \'hwen, 'wen\ *n* (1616) : the time in which something is done or comes about ⟨troubled his head very little about the hows and ~s of life —Laurence Sterne⟩

**when·as** \hwe-'naz, we-, (h)wə-\ *conj* [ME (Sc) *when as*, fr. ME *when* + *as*] *archaic* (15c) : WHEN

¹**whence** \(')hwen(t)s, (')wen(t)s\ *adv* [ME *whennes*, fr. *whenne* whence (fr. OE *hwanon*) + *-s*, adv. suffix, fr. *-s*, gen. sing. ending; akin to OHG *hwanān* whence, OE *hwā* who] (14c) : from what place, source, or cause ⟨then ~ comes this paradox —*Changing Times*⟩

²**whence** *conj* (14c) **1** : from what place, source, or cause ⟨inquired ~ the water came —Maria Edgeworth⟩ **2 a** : from or out of which place, source, or cause ⟨the lawless society ~ the ballads sprang —DeLancey Ferguson⟩ **b** : by reason of which fact : WHEREFORE ⟨nothing broke — ~ I infer that my bones are not yet chalky —O. W. Holmes †1935⟩

**whence·so·ev·er** \'hwen(t)(s)-sə-,wev-ər, 'wen(t)(s)-\ *conj* (1511) : from whatever place or source

¹**when·ev·er** \hwe-'nev-ər, we-, (h)wə-\ *conj* (14c) : at any or every time that

²**whenever** *adv* (1667) : at whatever time

¹**when·so·ev·er** \'hwen(t)-sə-,wev-ər, 'wen(t)-\ *conj* (14c) : WHENEVER

²**whensoever** *adv, obs* (1604) : at any time whatever

¹**where** \(')hwe(ə)r, (')hwa(ə)r, (')we(ə)r, (')wa(ə)r, (,)(h)wər\ *adv* [ME, fr. OE *hwǣr*; akin to OHG *hwār* where, OE *hwā* who — more at WHO] (bef. 12c) **1 a** : at, in, or to what place ⟨~ is the house⟩ ⟨~ are we going⟩ **b** : at, in, or to what situation, position, direction, circumstances, or respect ⟨~ does this plan lead⟩ ⟨~ am I wrong⟩ **2** archaic : HERE, THERE ⟨lo, ~ it comes again —Shak.⟩

²**where** *conj* (bef. 12c) **1 a** : at, in, or to what place ⟨knows ~ the house is⟩ **b** : at, in, or to what situation, position, direction, circumstances, or respect ⟨shows ~ the plan leads⟩ **c** : the place or point at, in, or to which ⟨couldn't see from ~ he was sitting⟩ **2** : WHITHER ⟨goes ~ he likes⟩ **3 a** : at, in, or to which place ⟨the town ~ she lives⟩ **b** : at or in which ⟨has reached the size ~ traffic is a problem⟩ **4 a** : at, in, or to the place at, in, or to which ⟨stay ~ you are⟩ ⟨send him away ~ he'll forget⟩ **b** : in a case, situation, or respect in which ⟨outstanding ~ endurance is called for⟩

³**where** \'hwe(ə)r, 'hwa(ə)r, 'we(ə)r, 'wa(ə)r\ *n* (15c) **1** : PLACE, LOCATION ⟨the ~ and the how of the accident⟩ **2** : what place, source, or cause ⟨~ is he from⟩ — **where it's at 1 a** : a place of central interest or activity **b** : something (as a topic or field of interest) of primary concern or importance ⟨education is *where it's at*⟩ **2** : the true nature of things — **where one is at** : one's true position, state, or nature

¹**where·abouts** \-ə-,baủts\ *also* **where·about** \-,baủt\ *adv* [ME *whereaboutes* (fr. *wher aboute* + *-s*, adv. suffix) & *wher aboute*, fr. *where*, *wher*, where + *about*, *aboute* about — more at WHENCE] (14c) : about where : near what place ⟨~ is the house⟩

²**whereabouts** *also* **whereabout** *conj* (14c) **1** *obs* : on what business or errand **2** : near what place : WHERE ⟨know ~ he lives⟩

³**whereabouts** *n pl but sing or pl in constr, also* **whereabout** (1605) : the place or general locality where a person or thing is ⟨his present ~ is a secret⟩

¹**where·as** \hwer-'az, hwar-, wer-, war-, (,)(h)wər-\ *conj* [ME *wher as*, fr. *where* + *as*] (14c) **1 a** : while on the contrary **b** : ALTHOUGH **2** : in view of the fact that : SINCE — used esp. to introduce a preamble

²**whereas** *n* (1795) **1** : an introductory statement of a formal document : PREAMBLE **2** : a conditional or qualifying statement

**where·at** \-'at\ *conj* (15c) **1** : at or toward which **2** : in consequence of which : WHEREUPON

¹**where·by** \hwe(ə)r-'bī, hwa(ə)r-, we(ə)r-, wa(ə)r-, (,)(h)wər-\ *conj* (13c) : by, through, or in accordance with which

²**whereby** *adv, obs* (14c) : by what : HOW

¹**where·fore** \'hwe(ə)r-,fō(ə)r, 'hwa(ə)r-, 'we(ə)r-, 'wa(ə)r-, -,fȯ(ə)r\ *adv* [ME *wherfor*, *wherfore*, fr. *where*, *wher* + *for*, *fore* for] (13c) **1** : for what reason or purpose : WHY **2** : THEREFORE

²**wherefore** *n* (1590) : an answer or statement giving an explanation : REASON ⟨wants to know the whys and ~*s*⟩

**where·from** \-,frəm, -,främ\ *conj* (15c) : from which

¹**where·in** \hwer-'in, hwar-, wer-, war-, (,)(h)wər-\ *adv* (13c) : in what : in what particular or respect ⟨~ was I wrong⟩

²**wherein** *conj* (14c) **1 a** : in which : WHERE ⟨the city ~ he lives⟩ **b** : during which **2** : in what way : HOW ⟨showed me ~ I was wrong⟩

**where·in·to** \-'in-(,)tü, -tə(-w)\ *conj* (1539) : into which

¹**where·of** \-'əv, -'äv\ *conj* (14c) **1** : of what ⟨knows ~ she speaks⟩ **2 a** : of which ⟨books ~ the best are lost⟩ **b** : of whom **3** : with or by which

²**whereof** *adv, archaic* (15c) : of what ⟨~ are you made —Shak.⟩

¹**where·on** \-'ȯn, -'än\ *conj* (13c) **1** *archaic* : on what ⟨tell me ~ the likelihood depends —Shak.⟩ **2** : on which ⟨the base ~ it rests⟩

²**whereon** *adv, archaic* (15c) : on what ⟨~ do you look —Shak.⟩

**where·so·ev·er** \'hwer-sə-,wev-ər, 'hwar-, 'wer-, 'war-\ *conj* (13c) : WHEREVER

**where·through** \'hwe(ə)r-,thrü, 'hwa(ə)r-, 'we(ə)r-, 'wa(ə)r-\ *conj* (13c) : through which

¹**where·to** \-,tü\ *adv* (13c) : to what place, purpose, or end ⟨~ tends all this —Shak.⟩

²**whereto** *conj* (14c) : to which

**where·un·to** \hwer-'ən-(,)tü, hwar-, wer-, war-, (,)(h)wər-, -ən-'tü\ *adv or conj* (15c) : WHERETO

**where·up·on** \'hwer-ə-,pȯn, 'hwar-, 'wer-, 'war-, -,pän\ *conj* (14c) **1** : on which **2** : closely following and in consequence of which

¹**wher·ev·er** \hwer-'ev-ər, hwar-, wer-, war-, (,)(h)wər-\ *adv* (13c) **1** : where in the world ⟨~ did she get that hat⟩ **2** : anywhere at all ⟨explore northward or ~ —Bernard De Voto⟩

²**wherever** *conj* (14c) **1** : at, in, or to any or all places that ⟨thrives ~ it goes⟩ **2** : in any circumstance in which ⟨~ it is possible, he tries to help⟩

¹**where·with** \'hwe(ə)r-,with, 'hwa(ə)r-, 'we(ə)r-, 'wa(ə)r-, -,with\ *conj* (13c) : with or by means of which ⟨metal tools ~ to break ground —Russell Lord⟩

²**wherewith** *pron, archaic* (13c) : that with or by which — used with an infinitve ⟨so shall I have ~ to answer him — Ps 119:42 (AV)⟩

³**wherewith** *adv, obs* (13c) : with what ⟨~ shall it be salted —Mt 5:13 (AV)⟩

¹**where·with·al** \'hwe(ə)r-with-,ȯl, 'hwa(ə)r-, 'we(ə)r-, 'wa(ə)r-, -with-\ *conj* [*where* + *withal*] (1578) : WHEREWITH

²**wherewithal** *pron* (1583) : that with or by which

³**wherewithal** *n* (1659) : MEANS, RESOURCES; *specif* : MONEY ⟨didn't have the ~ for an expensive dinner⟩

**wher·ry** \'hwer-ē, 'wer-\ *n, pl* **wherries** [ME *whery*] (15c) **1** : any of various light boats: as **a** : a long light rowboat made sharp at both ends and used to transport passengers on rivers and about harbors **b** : a racing scull for one person **2** : a large light barge, lighter, or fishing boat varying in type in different parts of Great Britain

¹**whet** \'hwet, 'wet\ *vt* **whet·ted; whet·ting** [ME *whetten*, fr. OE *hwettan*; akin to OHG *wezzen* to whet, *waz* sharp] (bef. 12c) **1** : to sharpen by rubbing on or with something (as a stone) ⟨~ a knife⟩ **2** : to make keen or more acute : EXCITE, STIMULATE ⟨~ the appetite⟩

²**whet** *n* (1641) **1** *dial* **a** : a spell of work done with a scythe between the time it is sharpened and the time it needs to be sharpened again **b** : TIME, WHILE **2** : something that sharpens or makes keen; INCITEMENT **b** : APPETIZER; *also* : a drink of liquor

¹**wheth·er** \'hweth-ər, 'weth-, (,)(h)wəth-\ *n* [ME, fr. OE *hwether*, *hwæther*; akin to OHG *hwedar* which of two, L *uter*, OE *hwā* who — more at WHO] (bef. 12c) **1** *archaic* : which one of the two **2** *archaic* : whichever one of the two

²**whether** *conj* (bef. 12c) — used as a function word usu. with correlative *or* or with *or whether* to indicate (1) until the early 19th century