## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

           Plaintiffs,

    v.                                                    Civil Action No. 06 C 0199 S

GOOGLE INC.,

           Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th of February, 2008, true and correct copies of the

following documents were filed with the Clerk of the Court using the ECF filing system which

will send notification of such filing to the following:

- Google Inc.'s Motion for Summary Judgment;

- Memorandum in Support of Google's Motion for Summary Judgment of
  Noninfringement of U.S. Patent Nos. 5,903,889 and 6,516,321;

- Memorandum in Support of Google's Motion for Summary Judgment of No Willfulness
  Regarding U.S. Patent Nos. 5,903,889 and 6,516,321;

- Memorandum in Support of Google's Motion For Summary Judgment of Invalidity
  Regarding U.S. Patent Nos. 5,903,889 and 6,516,321;

- Declaration of Jason W. Wolff in Support of Google's Motions for Summary Judgment
  Regarding U.S. Patent Nos. 5,903,889 and 6,516,321

  - Exhibit I [FILED UNDER SEAL];

- Second Declaration of W. Bruce Croft, Ph.D.; and

- Proposed Findings of Fact & Conclusions of Law in Support of Google's Motions for
  Summary Judgment for Summary Judgment Regarding U.S. Patent Nos. 5,903,889 and
  6,516,321.

Attorneys for Plaintiffs
HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.

Kim Grimmer, Esq.
Jennifer L. Amundsen, Esq.
Solheim Billing & Grimmer, S.C.
One South Pinckney Street
Suite 301
Madison, WI 53703
kgrimmer@sbglaw.com
jamundsen@sbglaw.com

Attorneys for Plaintiffs
HYPERPHRASE TECHNOLOGIES, LLC
and HYPERPHRASE INC.

Raymond Niro, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
rniro@nshn.com

*s/Nicole Talbott Settle*
Nicole Talbott Settle

- 3003860_1