IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, ) <br> LLC, and HYPERPHRASE INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC., ) <br> ) <br> Defendant. ) | Civil Action No. 06-C-0199-S |

## Notice of Appearance

Jennifer L. Amundsen of the law firm of Solheim Billing & Grimmer, S.C. hereby enters her appearance on behalf of plaintiffs HyperPhrase Technologies, LLC and HyperPhrase Inc.

Respectfully submitted,

s/ Jennifer L. Amundsen
Jennifer L. Amundsen
SOLHEIM BILLING & GRIMMER, SC
U.S. Bank Plaza, Suite 301
One South Pinckney Street
Madison, Wisconsin  53701-1644
(608) 282-1200
Fax:  (608) 282-1218

**Attorneys for HyperPhrase Technologies, LLC and HyperPhrase, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing **NOTICE OF APPEARANCE** was served upon the below-listed counsel of record via CM/ECF (as applicable) and by first class mail:

| | |
|---|---|
| Frank E. Scherkenbach | James A. Friedman |
| Kurt L. Glitzenstein | James D. Peterson |
| FISH & RICHARDSON P.C. | GODFREY & KAHN, S.C. |
| 225 Franklin Street | One East Main Street |
| Boston, Massachusetts  02110-2804 | P.O. Box 2719 |
| (858) 678-5070 | Madison, Wisconsin 53701-2719 |
| Fax: (858) 678-5099 | (608) 257-3911 |
| Scherkenbach@fr.com | Fax: (608) 257-0609 |
| Glitzenstein@fr.com | Jfriedma@gklaw.com |
| | jpeterson@gklaw.com |

Attorneys for Google, Inc.

on this 7th day of March, 2008.

                                         s/ Jennifer L. Amundsen