IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

      Plaintiffs,

v.

GOOGLE INC.,

      Defendant.

Civil Action No. 06-cv-199-bbc

## NOTICE OF APPEARANCE OF JASON W. WOLFF

PLEASE TAKE NOTICE that Jason W. Wolff of Fish & Richardson P.C., whose address is 12390 El Camino Real, San Diego, CA 92130, hereby enters his appearance on behalf of defendant Google Inc. All pleadings and other documents should be served upon him at the foregoing address.

Dated this 26th day of March, 2008.

/s/ Jason W. Wolff
Jason W. Wolff
Email: wolff@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendant GOOGLE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of March 2008, a true and correct copy of the following document was filed with the Clerk of the Court using the ECF filing system which will send notification of such filing to the following:

- **NOTICE OF APPEARANCE OF JASON W. WOLFF**

| | |
|---|---|
| Kim Grimmer (kgrimmer@sbglaw.com)<br>Jennifer L. Amundsen (jamundson@sbglaw.com)<br>SOLHEIM BILLING & GRIMMER, S.C.<br>One South Pinckney Street<br>Suite 301<br>Madison, WI 53703<br>Telephone: (608) 282-1200<br>Facsimile: (608) 282-1218 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE INC. |
| Raymond P. Niro (rniro@nshn.com)<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE INC. |

/s/ Jason W. Wolff
Jason W. Wolff

10820735.doc