## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 06-C-0199-S <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF HANNAH L. RENFRO

PLEASE TAKE NOTICE that Hannah L. Renfro of Godfrey & Kahn, S.C., whose address is One East Main Street, P. O. Box 2719, Madison, WI 53701-2719 hereby enters her appearance on behalf of defendant Google, Inc. All pleadings and other documents should be served upon her at the foregoing address.

Dated: March 28, 2008   GODFREY & KAHN, S.C.

By:   /s/Hannah L. Renfro
   James A. Friedman
   James D. Peterson
   Hannah L. Renfro
   One East Main Street, Suite 500
   P.O. Box 2719
   Madison, WI 53701-2719
   Phone: (608) 257-3911
   Facsimile: (608) 257-0609
   E-mail: jpeterson@gklaw.com
   E-mail: hrenfro@gklaw.com

*Of Counsel:*

Frank E. Scherkenbach (scherkenbach@fr.com)
Kurt L. Glitzenstein (glitzenstein@fr.com)
Christoper Dillon (dillon@fr.com)
Peter J. Kirk (kirk@fr.com)
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA  02110
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Jason W. Wolff (wolff@fr.com)
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendant GOOGLE INC.*

3021432_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of March, 2008, a true and correct copy of the following document was filed with the Clerk of the Court using the ECF filing system which will send notification of such filing to the following:

- **NOTICE OF APPEARANCE OF HANNAH L. RENFRO**

| | |
|---|---|
| Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE INC. | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE INC. |
| Kim Grimmer, Esq.<br>Jennifer L. Amundsen, Esq.<br>Solheim Billing & Grimmer, S.C.<br>One South Pinckney Street<br>Suite 301<br>Madison, WI 53703<br>kgrimmer@sbglaw.com<br>jamundsen@sbglaw.com | Raymond Niro, Esq.<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>rniro@nshn.com |

*s/Nicole Talbott Settle*
Nicole Talbott Settle

3003144_1