# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC, and HYPERPHRASE INC. | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| GOOGLE INC., | ) ) ) |
| Defendant. | ) |

Civil Action No. 06-C-0199-S

**[PROPOSED] ORDER RESCHEDULING
SUMMARY JUDGMENT BRIEFING ON GOOGLE'S LICENSE DEFENSE**

The Court having considered HyperPhrase's request for revision of the briefing schedule on Google's motion for summary judgment on its license defense to permit HyperPhrase to take discovery and to respond in an orderly fashion to Google's motion, IT IS HEREBY ORDERED THAT:

(1)   Decision on the portion of Google's summary judgment motion concerning its license defense is postponed, as set forth below.

(2)   If the Court does not grant Google's motion for summary judgment of non-infringement or invalidity, the following schedule shall govern any summary judgment decision concerning Google's license defense:

- **HyperPhrase discovery concerning Google's license defense**: a period of four weeks after the Court's summary judgment decisions on invalidity and non-infringement.

- **HyperPhrase's response to Google's motion for summary judgment concerning the license defense**: three weeks after the conclusion of discovery on the license issue.

- **Google's reply brief**: to be filed three weeks after HyperPhrase's response brief is filed.

Entered:_____          _____
                                         The Honorable Barbara B. Crabb
                                         United States Magistrate Judge