# EXHIBIT B

## TO

## DECLARATION OF MR. CARLOS DE LA HUERGA IN SUPPORT OF HYPERPHRASE'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

## AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
ATTORNEYS AT LAW

AUSTIN
BRUSSELS
DALLAS
HOUSTON
MOSCOW
NEW YORK
PHILADELPHIA
WASHINGTON

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1500 NATIONSBANK PLAZA
300 CONVENT STREET
SAN ANTONIO, TEXAS 78205
(210) 270-0800
FAX (210) 224-2035

## FAX COVER SHEET

DATE: 6/26/96

TO: Carlos de la Huerga

MATTER: Dr. Wm. Craig

CLIENT/MATTER NO.: 06 4632.0001

FAX #: 414-228-5114

TELEPHONE NUMBER: _____

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 14

FROM: Kirt O'Neill

IF ALL PAGES ARE NOT RECEIVED CALL AS SOON AS POSSIBLE:

FAX OPERATOR: Wilda        (210) 270-0800 ext. 243

MESSAGE: _____

FAX #: (210) 224-2035

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY/CLIENT PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICA-TION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.

/26/96 WED 10:52 FAX 210 224 2035 Akin Gump - SA ☒002



Fig. 2A



Request the Date and Time this diagnosis, observation, measurement, test, or report was made. — 120

Check date and time for valid format. — 122

Indicate error — 124

NO

YES

Format a word processing file for this report. Insert the patient ID number, the date and time, the physician, nurse of technician name who created the report, and the report type at the start of the first page. Where possible automatically retrieve additional patient demographics (name, age, sex, etc.) from a hospital computer system for inclusion in the report. Insert additional preformatted text for the specific report type as desired. — 126

Maintain a separate list in parallel to the document text, indicating a hyperlink will be created for the patient's ID number when the report is published. The hyperlink will point to a complete demographic file for this patient. A sample demographic URL address is:
"hww.st_mary.springfield/demographics/complete/987654321/19_May_1996/13:42/current".

This example indicates the most current demographic data for patient ID: 987654321 as of the current date and time (19-May-1996 13:42) that is stored on the demographic server of St. Mary's in Springfield is to be retrieved.

The patient's ID number (987654321) in the text report will be displayed in a different color or other distinctive format. The ID number will be restricted to prevent changing it without simultaneously changing this and other hyperlink address pointers. — 128

B

FIG. 2B

ge 2 Word Processor Example

6/26/96 WED 10:53 FAX 210 224 2035    Akin Gump - SA                             ☒004



FIG. 2C



FIG. 2D

Page 4 Word Processor Example

# This area is left blank



Page 5 Word Processor Example
5/20/96

FIG. 3A



FIG. 3B



FIG. 4



FIG. 5A



FIG. 5B

Page 9 Word Processor Example
6/20/96





FIG. 5C

Page 10 Word Processor Example
6/20/96



FIG. 5D

6/26/96 WED 10:56 FAX 210 224 2035     Akin Gump - SA                    ☒013

# Example of a general purpose brochure customized for each patient using an hospital Intranet and standardized URL addressing

Preliminary Formatting:

- The text of standard printed brochure relating to patient care is converted to html format. — 500

- Each diagram, picture, or graphic is converted to a jpeg, gif, or other format compatible with being displayed by a software browser. — 502

- Graphics that are unique to the brochure are given a unique network URL address. They will be retrieved when the brochure is displayed from a hospital Intranet. A sample URL would be:

  "hww.st_mary.springfield/brochures/heart_occlusion/clogged_artery.jpeg"

  for a drawing of a clogged artery in a brochure relating to coronary artery occlusions stored on a server or file folder called "brochures". — 504

- Graphics that can be replaced with the similar graphics from each patient's file will be given a special URL. An example would be:

  "hww.st_mary.springfield/brochures/heart_occlusion/cath_diagram/XXXXXXXX/date/time/current"

  The text XXXXXXXX is to be replaced by the patient's ID number. The date and time would be replaced by the current date and time whenever this brochure is viewed.

  Note that normally patient data files containing a cath diagram are normally stored on a server or in a file folder called "cath". In this case a request will be made for it on the server or file folder combination of the name "brochures/heart_occlusion" — 506

Page 12 Word Processor Example
6/20/96

FIG. 6A



FIG. 6B

3/26/96 WED 10:56 FAX 210 224 2035    Akin Gump - SA    ☒015



FIG. 6C

06/26/96 WED 10:57 FAX 210 224 2035    Akin Gump - SA    @016



FIG. 1