IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

    Plaintiffs,

v.

GOOGLE INC.,

    Defendant.

Civil Action No. 06-cv-199-bbc

**UNCONTESTED MOTION TO AMEND BRIEFING SCHEDULE**

Google files this uncontested motion to amend the briefing schedule regarding its motion for summary judgment, having first conferred with and obtained the agreement of HyperPhrase on April 15, 2008, to modify the briefing schedule as indicated below.

- On February 29, 2008, in accordance with the original schedule on remand (Dkt. No. 95), Google filed its motion for summary judgment (Dkt. No. 100).

- On April 11, 2008, in accordance with a modified scheduling order (Dkt. No. 117), HyperPhrase filed its opposition briefs (Dkt. Nos. 126, 127, 128) and related proposed findings of fact and conclusions of law (Dkt. Nos. 131, and 132).

Under the present modified scheduling order (Dkt. No. 117), Google's reply brief and other responsive filings are due on April 21, 2008. However, the parties have agreed to extend that deadline to May 19, 2008. (Exhibit 1.) This modification should not impact any of the other scheduled events for this case or the Court's schedule.

Google respectfully requests that the Court modify the existing briefing schedule so that Google's summary judgment reply briefs and accompanying responses to the proposed finding of fact and conclusions of law will be due on May 19, 2008.

Respectfully submitted,

Dated:  April 15, 2008

/s/ Jason W. Wolff
Jason W. Wolff (wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant GOOGLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, a true and correct copy of the following document with its attached exhibit was filed with the Clerk of the Court using the ECF filing system which will provide notification of such filing to the counsel of record for HyperPhrase Technologies, L.L.C. and HyperPhrase, Inc., including Raymond P. Niro, Kim Grimmer, and Jennifer L. Amundsen.

**UNCONTESTED MOTION TO AMEND BRIEFING SCHEDULE**

/s/ Jason W. Wolff
Jason W. Wolff

10826732.doc