EXHIBIT 1

# Jason Wolff

| | |
|---|---|
| **From:** | Laney, Frederick C [laney@nshn.com] |
| **Sent:** | Tuesday, April 15, 2008 7:09 AM |
| **To:** | Jason Wolff; Raymond Niro |
| **Cc:** | Frank Scherkenbach |
| **Subject:** | RE: Google/HyperPhrase: extension of time |

Agreed.

Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602
(312) 236-0733

```
 -----Original Message-----
From:      Jason Wolff [mailto:wolff@fr.com]
Sent: Monday, April 14, 2008 06:22 PM Central Standard Time
To:   Niro, Raymond P; Laney, Frederick C
Cc:   Frank Scherkenbach
Subject:   Google/HyperPhrase: extension of time
```

Hi, Ray & Chris.

Will HyperPhrase agree to modification of the SJ briefing schedule? We'd like to move the reply brief deadline to May 19.

Please let us know HyperPhrase's position by noon tomorrow.

Regards,
Jason

********************************************************************************
*********************************

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used, for
the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.

********************************************************************************
*********************************