EXHIBIT 2

# Terminology Used By The Parties to Refer to AutoLink

| Terms | Generally Mean(s) |
|---|---|
| **AutoLink server** | A program that runs on a computer at Google that processes requests from the AutoLink client.[1] |
| **AutoLink client** | A feature in the Google Toolbar. The Toolbar can be installed in a web browser (e.g. Microsoft Internet Explorer or Mozilla Firefox) on a user's computer.[2] |
| **AutoLink button** | A button on the Google Toolbar that pertains to the AutoLink feature (shown inside the red box).[3] |
| **first URL**, redirect request URL | The URL created by the AutoLink client after a browser user has pressed the AutoLink button.[4]<br><br>The general format of the URL is:<br><br>http://www.google.com/tbproxy/[command + attributes][5]<br><br>An example is:<br><br>http://www.google.com/tbproxy/redir?hl=en&lt=isbn&q=0471118494&lpi=0[6] |
| **Hyperlink with the first URL created by the AutoLink client** | A hyperlink with the first URL that is shown in a web browser (with the AutoLink client installed) with blue highlighted and underlined text (see below "0471118494").[7] A browser user must click this hyperlink to send the first URL to the AutoLink server.[8] |

---

[1] Google's Reply to Its PFOF (filed concurrently herewith) No. 58 (undisputed).
[2] Google's Reply to Its PFOF No. 50.
[3] Djabarov Decl. (Dkt. No. 33) at ¶ 2.
[4] Google's Reply to Its PFOF No. 54.
[5] Djabarov Decl. (Dkt. No. 33) at ¶ 4(a).
[6] Djabarov Decl. (Dkt. No. 33) at ¶¶ 10, 12(a), and 14(e).
[7] Djabarov Decl. (Dkt. No. 33) at ¶ 8.
[8] Google's Reply to Its PFOF No. 57 (undisputed).

**Terminology Used By The Parties to Refer to AutoLink**

| | |
|---|---|
| |  |
| **second URL**, redirect request URL | The URL created by the AutoLink server after the browser user has selected a hyperlink with the first URL (or redirect request URL). There are over 20 different formats for the second URL.[9]<br><br>An example is:<br><br>http://www.amazon.com/exec/obidos/ASIN/0471118494[10] |
| **DOM** | Document Object Model, which is a standard for specifying how a document can be logically structured.[11] |
| **DOM API** | Document Object Model Application Programmer Interface, which is a computer program that comes with the browser. The AutoLink client can use the DOM API to manipulate the DOM file.[12] |

---

[9] Google's Reply to Its PFOF No. 58 (undisputed).
[10] Djabarov Decl. (Dkt. No. 33) at ¶¶ 12(b) and 14(f).
[11] Dkt. No. 129-14, (Niro Decl. Exh. M, Definition of DOM); Dkt. No. 127 (HyperPhrase NonInf. Opp'n Br.) at 29.
[12] Google's Reply to Its PFOF, No. 55.

2

**Terminology Used By The Parties to Refer to AutoLink**

| | |
|---|---|
| **DOM file**, DOM document, DOM representation of the web page | A file, created by the browser from a web page, that is operated on by the AutoLink client through the DOM API. The DOM file is presented as a logical structure rather than as a collection of tagged words, for example as a treelike hierarchy of nodes in which the document is an object containing other objects.[13] |

---

[13] Niro Decl. Exh. M (Dkt. No. 129-14), Definition of DOM; HyperPhrase Noninf. Opp. (Dkt. No. 127) at 29.

3