EXHIBIT 1

## '321 Patent Fig. 26 (left) Compared To Gennaro Patent Fig. 2B (right)



Fig. 26



FIG. 2B