IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES,
LLC and HYPERPHRASE, INC.,

    Plaintiffs,

v.

GOOGLE, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-199-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant GOOGLE, INC. dismissing plaintiffs HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE, INC.'s complaint with prejudice.

_____
Joel W. Turner
Acting Clerk of Court

10-1-08
Date