AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
WESTERN District of WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC. AND
HYPERPHRASE INC.,
        V.      Plaintiffs,

GOOGLE INC.
        Defendant.

**BILL OF COSTS**

Case Number: 06-cv-199bbc

Judgment having been entered in the above entitled action on 10/01/2008 against **Plaintiffs**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,123.15 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 356.93 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) (See Dkt. 90) | 35,011.02 |
| TOTAL | $ 36,491.10 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    XX    Electronic service by e-mail as set forth below and/or.

    ☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney: Jason W. Wolff

For: Defendant Google Inc.    Date: 10/15/08
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By:
_____    _____    _____
Clerk of Court                Deputy Clerk                Date

# FEES OF THE COURT REPORTER



```
                    ESQUIRE DEPOSITION SERVICES, LLC
                          A Hobart West Company              79270    JENNJ01
                         Tax ID # 22-3779684
                    505 SANSOME STREET, SUITE 502
                       SAN FRANCISCO, CA  94111
                 TEL (800)770-3363    FAX (415)288-4286
```

| | INVOICE NUMBER | DATE |
|---|---|---|
| | 74021ESF | 03/19/08 |

To:
FISH & RICHARDSON, PC
12390 EL CAMINO REAL
SAN DIEGO, CA 92130-2081

ATTN : JASON WOLFF

Due Upon Receipt    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION:  HYPER PHASE VS. GOOGLE

SERVICES PROVIDED ON 03/12/08:
EVAN SIDARTO

SHIPPING & HANDLING
LITIGATION SUPPORT PACKAGE
B&W EXHIBITS
ROUGH DISK
Thank You!

145.35   1CC
~~40.00~~ X
25.80
8.25
~~64.40~~ X

BALANCE DUE

TOTAL    283.80    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

Remit To:

ESQUIRE DEPOSITION SERVICES, LLC
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 79270   TOT: $283.80
INVOICE #: 74021ESF
DATE: 03/19/08

FISH & RICHARDSON, PC
Attn: JASON WOLFF
12390 EL CAMINO REAL
SAN DIEGO, CA 92130-2081



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



```
                ESQUIRE DEPOSITION SERVICES, LLC
                       A Hobart West Company
                       Tax ID # 22-3779684                79269      FERRR01
                  505 SANSOME STREET, SUITE 502
                      SAN FRANCISCO, CA  94111
                TEL (800)770-3363    FAX (415)288-4286
```

| INVOICE NUMBER | DATE |
|---|---|
| 74019ESF | 03/19/08 |

To:
FISH & RICHARDSON, PC
12390 EL CAMINO REAL
SAN DIEGO, CA 92130-2081

ATTN : JASON WOLFF

Due Upon Receipt    AMOUNT DUE    ENC.

YOUR REFERENCE NUMBER:

CAPTION:
HYPER PHASE VS. GOOGLE

SERVICES PROVIDED ON 03/11/08:
LUKE STONE                                    324.90   1CC
JENNIE LIN                                    153.90   1CC

COPY 4-DAY EXPEDITED SERVICE                  336.00
ADMINISTRATIVE FEE                             35.00
LITIGATION SUPPORT PACKAGE                     51.60
B&W EXHIBITS                                   42.35
ROUGH DISK                                    212.80 ✗
Thank You!

BALANCE DUE                          TOTAL   1,156.55    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
     Please Call
   (800)770-3363
 Fax (415)288-4286

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

ESQUIRE DEPOSITION SERVICES, LLC     JOB: 79269   TOT: $1156.55
P.O. Box 785751                      INVOICE #: 74019ESF
Philadelphia, PA 19178-5751          DATE: 03/19/08
Tax ID # 22-3779684


FISH & RICHARDSON, PC
Attn: JASON WOLFF
12390 EL CAMINO REAL
SAN DIEGO, CA 92130-2081



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# FEES FOR EXEMPLIFICATION AND COPIES

K & B Copy Group, Inc.  
527 Marquette Avenue  
Suite 150  1st Floor  
Minneapolis, Minnesota 55402  
(612) 339-8100  
Federal Tax  41-1943175

Invoice #:  **00037902**

Bill To:  
Fish & Richardson PC PA  
60 South Sixth Street  
Minneapolis, MN 55402

Ship To:  
Fish & Richardson PC PA  
60 South Sixth Street  
Minneapolis, MN 55402  
Attn: Jacque  
Job Number: 03-155i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Alan Freeman | 21238-002LL1 | 3/29/2008 | Free | 3/18/2008 | 3/19/2008 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 1 | 46a | CD Master | $25.00 | each | | $25.00 | X |
| 46 | 36e | Electronic Endorsements | $0.03 | each | | $1.38 | X |
| 0.5 | 25a | Tech Time | $100.00 | hour | | $50.00 | X |

PAY FROM THIS INVOICE

GOOGLE  
H026686 - H026690; H035012 - H035021; GOOG079243 - GOOG079273

Endorsed pdfs

| | |
|---|---|
| Sale Amount | $76.38 |
| Freight | $0.00 |
| Sales Tax | $5.46 |
| Total | $81.84 |
| Paid | $0.00 |
| Balance Due | $81.84 ✓ |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.  
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.  
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: Jacqueline G. Willard    Date: 4-3-08

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 150 1st Floor
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: 00038016

Bill To:
Fish & Richardson PC PA
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson PC PA
60 South Sixth Street
Minneapolis, MN 55402
Attn: Stephanie McCracken
Job Number: 03-257i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Alan Freeman | 21238-002LL1 | 4/6/2008 | Free | 3/27/2008 | 3/27/2008 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 299 | 10a | Electronic Numbering | $0.03 | each | | $8.97 | X |
| 2 | 46a | CD Master | $25.00 | each | | $50.00 | X |

PAY FROM THIS INVOICE

Google - Endorse PDF Images for Production (GOOG087130 - GOOG087428)

| | |
|---|---|
| Sale Amount | $58.97 |
| Freight | $0.00 |
| Sales Tax | $4.22 |
| Total | $63.19 |
| Paid | $0.00 |
| Balance Due | $63.19 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: [signature]    Date: 4-14-08

Billed and Unbilled Recap Of Cost Detail - [080565-0001 - Hyperphrase Technologies, LLC et al. v. Google]  Page 2
Client:080565 - GOOGLE INC.   10/13/2008 11:04:55 AM

| Date | Code | Name | | Qty | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 01/04/2008 | 02652 | NICOLE E. TALBOTT SETTL | 01 | 29.00 | 0.15 | 4.35 | Photocopies | 3976320 |
| 06/24/2008 | | Invoice=451696 | | 29.00 | 0.15 | 4.35 | | |
| 02/08/2008 | 02270 | JESSICA SCHLUMPF | 01 | 1.00 | 0.15 | 0.15 | Photocopies | 3990794 |
| 06/24/2008 | | Invoice=451696 | | 1.00 | 0.15 | 0.15 | | |
| 02/29/2008 | 02293 | SUSAN L. SMOLAK | 01 | 78.00 | 0.15 | 11.70 | Photocopies | 3999581 |
| 06/24/2008 | | Invoice=451696 | | 78.00 | 0.15 | 11.70 | | |
| 02/29/2008 | 02293 | SUSAN L. SMOLAK | 01 | 464.00 | 0.15 | 69.60 | Photocopies | 3999582 |
| 06/24/2008 | | Invoice=451696 | | 464.00 | 0.15 | 69.60 | | |
| 03/11/2008 | 02652 | NICOLE E. TALBOTT SETTL | 01 | 46.00 | 0.15 | 6.90 | Photocopies | 4004459 |
| 06/24/2008 | | Invoice=451696 | | 46.00 | 0.15 | 6.90 | | |
| 04/14/2008 | 02253 | AMY PROGAR | 01 | 2.00 | 0.15 | 0.30 | Photocopies | 4020546 |
| 06/24/2008 | | Invoice=451696 | | 2.00 | 0.10 | 0.20 | | |
| 04/15/2008 | 02253 | AMY PROGAR | 01 | 1190.00 | 0.15 | 178.50 | Photocopies | 4021324 |
| 06/24/2008 | | Invoice=451696 | | 1190.00 | 0.10 | 119.00 | | |

$\Sigma \bigcirc = \$211.90$

# OTHER COSTS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

HYPERPHRASE TECHNOLOGIES,
LLC and HYPERPHRASE, INC.

           Plaintiffs,

           MEMORANDUM AND ORDER

v.           06-C-199-S

GOOGLE INC.,

           Defendant.

---

Plaintiffs Hyperphrase Technologies, LLC and Hyperphrase, Inc. commenced this patent infringement action alleging that Defendant Google Inc.'s AutoLink and AdSense products infringed plaintiffs' United States Patents Nos. 5,903,889, 6,434,567, 6,526,321 and 7,013,298. On December 20, 2006 this Court granted summary judgment of non-infringement to defendant on all of plaintiffs' claims. On March 19, the clerk taxed costs against plaintiffs pursuant to Rule 54(d) in the amount $35,011. Plaintiffs now appeal from the award of costs. Plaintiff also seeks a stay of its obligation to pay costs pending its appeal on the merits of the action.

MEMORANDUM

Plaintiffs' argument on appeal of costs is based on a challenge to the cost per copy reflected in the award. Plaintiffs concede that defendant may recover copying costs for the 83,000 pages it produced to plaintiffs in discovery, but argues that a reasonable rate per page is $0.15, yielding a total copy award of

Copy of this document has been provided to: [handwritten] this __ day of __, 20__ by __
M. Hardin, Secretary to Judge John C. Shabaz

$12,450 and a reduction of $20,831. Defendant maintains that the taxable copy costs of $33,282 awarded by the clerk accurately reflects defendant's actual cost to produce the copies and that this amount is justifiably higher because of the parties' agreement to exchange documents electronically.

The clerk awarded costs based on invoices submitted and paid by defendant. However, because the parties had agreed to provide each other with electronic copies, those invoices included such costs as black and white document scanning ($0.14 per page), color document scanning ($0.95 per page), bates labeling ($0.06 per page) electronic numbering and file conversion ($0.03 per page). The average cost per page to perform these processes relating to electronic production was about $0.38 per page, substantially more than a typical paper copy cost. The only evidence in the record is that these costs were actually incurred and are within the normal range for the type of document processing provided.

The issue on appeal is whether these costs are recoverable under the applicable statutes, or whether recovery is limited to the typical cost for paper copies as plaintiffs advocate. The Court now concludes that costs are not so limited. The law permits recovery for "fees for exemplification and copies of papers necessarily obtained for use in the case." 28 U.S.C. § 1920(4) The fees awarded were for copying documents and making them available electronically as the parties had agreed. Although these

2

costs are greater than the cost of paper copies, having documents available in electronic form may facilitate other efficiencies which justify the added cost. The clerk's review of the submitted invoices and taxation of costs is appropriate and affirmed.

Plaintiffs request, and defendant does not oppose, a stay in the collection of costs pending appeal. The parties have agreed that such costs may be paid within thirty days of an affirmance of the judgment by the Court of Appeals together with statutory interest from the date of judgment until payment. The Court construes defendant's acquiescence as a waiver of its right to a supersedeas bond pursuant to Rule 62(d). Accordingly,

ORDER

IT IS ORDERED that the clerk's taxation of costs in the amount of $35,011.02 is AFFIRMED and that said costs be included in the judgment.

IT IS FURTHER ORDERED that proceedings to enforce the judgement for costs are stayed pursuant to Rule 62(d), without the giving of a supersedeas bond, costs together with statutory interest from the entry of judgment to be paid within thirty days of an order by the Court of Appeals affirming the judgment.

Entered this 24th day of April, 2007.

BY THE COURT:

_____
JOHN C. SHABAZ
District Judge