₳AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
WESTERN District of WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC. AND
HYPERPHRASE INC.,
        V.    Plaintiffs,

GOOGLE INC.
         Defendant.

**BILL OF COSTS**

Case Number: 06-cv-199bbc

Judgment having been entered in the above entitled action on 10/01/2008 against Plaintiffs,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,123.15 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 356.93 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) (See Dkt. 90) | 35,011.02 |
| **TOTAL** | **$ 36,491.10** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

     ☒    Electronic service by e-mail as set forth below and/or.

     ☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Jason W. Wolff

For: Defendant Google Inc.     Date: 10/15/08
Name of Claiming Party

Costs are taxed in the amount of $36,491.10 and included in the judgment.

Peter Oppeneer      By: _____    12/5/08
Clerk of Court               Deputy Clerk                Date