IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 06-cv-199-bbc |

## STIPULATED DISMISSAL OF CLAIMS

Plaintiffs HyperPhrase Technologies, LLC and HyperPhrase Inc. (jointly "HyperPhrase") and defendant Google Inc. ("Google"), in order to put this matter in condition for appeal, HyperPhrase and Google hereby stipulate to the dismissal, without prejudice, of all remaining claims and counterclaims raised by Google in this action. The parties further stipulate and agree that Google may raise, assert, or reassert any claims, defenses, or counterclaims (including those dismissed by this stipulation) in any action, remanded action (including if the present action is remanded following appeal), or proceeding against any party (including Google and/or its successors, assigns, licensees, customers, partners, or users) concerning either or both of United States Patent Nos. 5,903,889 and 6,516,321.

This stipulated dismissal of claims is without prejudice to and shall have no effect on the judgment of costs awarded to Google, or on any further motion to find this case exceptional and seek an award of attorney fees and expenses.

//

//

Dockets.Justia.com

SO STIPULATED, this 6th day of January, 2009.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| s/ Raymond P. Niro (by permission)<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>Phone: (312) 236-0733<br>Fax: (312) 236-1471 | s/ James D. Peterson<br>James D. Peterson<br>GODFREY & KAHN, S.C.<br>One East Main Street #500<br>Madison, Wisconsin 53701<br>Phone: (608) 257-3911<br>Fax: (608) 257-0609<br>Email: jpeterson@gklaw.com<br><br>Jason W. Wolff<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Phone: (858) 678-5070<br>Fax: (858) 687-5099 |

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th of January, 2009, a true and correct copy of the following document was filed with the Clerk of the Court using the ECF filing system.

- **STIPULATED DISMISSAL OF CLAIMS**

The ECF filing system will send notification of such filing to the following attorneys for Plaintiffs:

Kim Grimmer, Esq.
Jennifer L. Amundsen, Esq.
SOLHEIM BILLING & GRIMMER, S.C.
One South Pinckney Street
Suite 301
Madison, WI 53703
kgrimmer@sbglaw.com
jamundsen@sbglaw.com

Raymond Niro, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
rniro@nshn.com

*s/ Lisa P. Abelson*
Lisa P. Abelson

3449450_1