IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

    Plaintiffs,

v.

GOOGLE INC.,

    Defendant.

Civil Action No. 06-cv-199-bbc

## ORDER FOR DISMISSAL

Based on the Stipulation of Plaintiffs HyperPhrase Technologies, LLC and HyperPhrase Inc. (jointly "HyperPhrase") and defendant Google Inc. ("Google"),

IT IS ORDERED that Google's claims, defenses, and counterclaims concerning Patent Nos. 5,903,889 and 6,516,321 are dismissed without prejudice per the stipulation of the parties. The clerk of court is directed to enter judgment dismissing Google's claims without prejudice consistent with and confirming the October 1, 2008 judgment in favor of defendant Google which dismissed plaintiffs HyperPhrase Technologies LLC and HyperPhrase Inc.'s claims with prejudice.

Dated: January 7, 2009

BARBARA B. CRABB
District Judge

3450578_1