IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES,
LLC and HYPERPHRASE, INC.,

    Plaintiffs,

v.

GOOGLE, INC.,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 06-cv-199-bbc

This matter came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Google, Inc. dismissing plaintiffs Hyperphrase Technologies, LLC and Hyperphrase, Inc.'s claims with prejudice, and dismissing defendant Google, Inc.'s claims, defenses and counterclaims concerning Patent Nos. 5,903,889 and 6,516,321 without prejudice per the stipulation of the parties.

_____
Peter A. Oppeneer
Clerk of Court

1/9/08
Date