IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, )
LLC, and HYPERPHRASE INC., )
                                   )
           Plaintiffs, )
                                   ) Civil Action No. 06-CV-199-BBC
     v. )
                                   )
GOOGLE INC., )
                                   )
          Defendant. )

## **NOTICE OF APPEAL**

Notice is hereby given that Hyperphrase Technologies, LLC and Hyperphrase Inc., plaintiffs in the above-referenced Civil Action, hereby appeal to the United States Court of Appeals for the Federal Circuit from: (a) the Final Judgment entered on January 9, 2009 (Docket No. 148); (b) the September 30, 2008 Order (Docket No. 141) dismissing the plaintiffs' Complaint for infringement of U.S. Patents No. 5,903,889 and No. 6,526,321; and (c) all other decisions or orders supporting the above Final Judgment and Order of Dismissal.

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

Kim Grimmer
Jennifer L. Amundsen
SOLHEIM BILLING & GRIMMER, SC
U.S. Bank Plaza, Suite 301
One South Pinckney Street
Madison, Wisconsin 53701-1644
(608) 282-1200
Fax: (608) 282-1218

**Attorneys for HyperPhrase Technologies, LLC and HyperPhrase, Inc.**

# CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing **NOTICE OF APPEAL** was served and filed with the Clerk of the Court using CM/ECF system which will provide notice to the counsel listed below:

Frank E. Scherkenbach
Kurt L. Glitzenstein
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts  02110-2804
(858) 678-5070
Fax: (858) 678-5099
Scherkenbach@fr.com
Glitzenstein@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, California  94063
(650) 839-5070
Fax:  (560) 839-5071

Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego California  92130
(858) 678-5070
Fax:  (858) 678-5099
wolff@fr.com

James A. Friedman
James D. Peterson
Godfrey & Kahn, S.C.
One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701-2719
(608) 257-3911
Fax: (608) 257-0609
Jfriedma@gklaw.com
jpeterson@gklaw.com

*Attorneys for Google, Inc.*

on this 16th day of January, 2009.

                                                  /s/ Raymond P. Niro