NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly /s.w.
Clerk

03/10/09

cc: Clerk's Office, DCT
Raymond P. Niro
James D. Peterson

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 10 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE: 03/10/09**

HYPERPHRASE V GOOGLE, 2009-1185, -1186
DCT - 06-CV-199

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 3/10/09

NOTE: This order is nonprecedential

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1185, -1186

HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE, INC.,

Plaintiffs-Appellants,

v.

GOOGLE, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Wisconsin in 06-CV-199, Chief Judge Barbara B. Crabb.

ORDER