IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HYPERPHRASE TECHNOLOGIES, LLC and
HYPERPHRASE INC.,

    Plaintiffs,

  v.

GOOGLE INC.,

    Defendant.

Civil Action No. 06-cv-199-bbc

## GOOGLE'S MOTION TO COMPEL
## DISCOVERY RESPONSES

Defendant Google Inc., by its attorneys, moves the Court under Federal Rules of Civil Procedure 37 and 69 for an order compelling HyperPhrase to fully respond to and produce documents responsive to Google Interrogatory Nos. 10-16 and Request for Production No. 81, so that Google can enforce its judgment against HyperPhrase.

For the reasons set forth in the accompanying memorandum and supported by the accompanying declaration, Google respectfully requests that the Court grant its motion.

Dated:  September 15, 2009

/s/ Jason W. Wolff
Jason W. Wolff (wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Frank E. Scherkenbach (scherkenbach@fr.com)
Kurt L. Glitzenstein (glitzenstein@fr.com)
Christopher Dillon (dillon@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Defendant GOOGLE INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th of September 2009, a true and correct copy of **GOOGLE'S MOTION TO COMPEL DISCOVERY RESPONSES** was filed with the Clerk of the Court using the ECF filing system which will send notification of such filing to the following:

| | |
|---|---|
| Kim Grimmer (kgrimmer@sbglaw.com)<br>Jennifer L. Amundsen (jamundson@sbglaw.com)<br>SOLHEIM BILLING & GRIMMER, S.C.<br>One South Pinckney Street<br>Suite 301<br>Madison, WI 53703<br>Telephone: (608) 282-1200<br>Facsimile: (608) 282-1218 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE INC. |
| Robert P. Greenspoon (rpg@fg-law.com)<br>William W. Flachsbart (wwf@fg-law.com)<br>FLACHSBART & GREENSPOON, LLC<br>53 West Jackson Blvd., Suite 652<br>Chicago, IL 60604<br>Telephone: (312) 265-6758<br>Facsimile: (312) 265-6775 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE INC. |
| Raymond P. Niro (rniro@nshn.com<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE INC. |

    /s/ Jason Wolff

Motion to Compel Discovery Responses.doc