# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Jason W. Wolff
858 678-4719

Email
wolff@fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA FACSIMILE AND U.S. MAIL

September 2, 2009

Raymond P. Niro, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602

Re:  Google adv. HyperPhrase
     USDC-W.D. Wis. - Civil Action No. 06 C 0199 BBC

Dear Ray:

On July 28, 2009, Google served additional document requests and interrogatories as part of its effort to enforce the judgment against HyperPhrase, Inc. and HyperPhrase Technologies, LLC.  By our calculation, responses were due on August 31, 2009.

Google plans to move to compel responses from HyperPhrase next week if we do not have a response.  If you believe a meet and confer is required or necessary before we file a motion to compel, or if you believe there is some deficiency in the requests, please let me know your availability for a meet and confer on Friday, September 4 so that these issues can be addressed in the motion.

Sincerely,

Jason W. Wolff

JWW/lqm

cc:  Kim Grimmer, Esq.
     Jennifer L. Admunsen, Esq.
     James A. Peterson, Esq.

09/02/2009 15:11 FAX 8586785099        FISH AND RICHARDSON                    ☒001

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

     TRANSMISSION OK

     TX/RX NO                 4134
     CONNECTION TEL                        13122363137
     CONNECTION ID
     ST. TIME                 09/02 15:10
     USAGE T                  01'08
     PGS. SENT                2
     RESULT                   OK
```

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

**Date**  September 2, 2009

**To**  Raymond P. Niro
Telephone: 312-236-0733

**Facsimile number**  21238-00253531 / **(312) 236-3137**

**From**  Jason Wolff

**Re**  HyperPhrase v. Google

**Number of pages including this page**  2

**Message**

**CC:**  Kim Grimmer, Esq. – Fax No. (608) 282-1218
Jennifer L. Admunsen, Esq. – (608) 282-1218
James A. Peterson, Esq. – (608) 257-0609

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

TRANSMISSION OK

TX/RX NO                 4132
CONNECTION TEL                        16082821218
CONNECTION ID
ST. TIME                 09/02 14:56
USAGE T                  00'59
PGS. SENT                2
RESULT                   OK
```

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

**Date** September 2, 2009

**To** Raymond P. Niro
Telephone: 312-236-0733

**Facsimile number** 21238-00253531 / **(312) 236-3137**

**From** Jason Wolff

**Re** HyperPhrase v. Google

**Number of pages including this page** 2

**Message**

**CC:** Kim Grimmer, Esq. – Fax No. (608) 282-1218
Jennifer L. Admunsen, Esq. – (608) 282-1218
James A. Peterson, Esq. – (608) 257-0609

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

TRANSMISSION OK

TX/RX NO                4133
CONNECTION TEL                      16082570609
CONNECTION ID
ST. TIME                09/02 14:57
USAGE T                 00'56
PGS. SENT               2
RESULT                  OK
```

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

| | |
|---|---|
| **Date** | September 2, 2009 |
| **To** | Raymond P. Niro<br>Telephone: 312-236-0733 |
| **Facsimile number** | 21238-00253531 / **(312) 236-3137** |
| **From** | Jason Wolff |
| **Re** | HyperPhrase v. Google |
| **Number of pages including this page** | 2 |

**Message**

CC: Kim Grimmer, Esq. – Fax No. (608) 282-1218
Jennifer L. Admunsen, Esq. – (608) 282-1218
James A. Peterson, Esq. – (608) 257-0609