IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC, and HYPERPHRASE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 06-C-0199-BBC |

**COUNSEL'S MOTION TO WITHDRAW AND TO
TERMINATE REPRESENTATION OF PLAINTIFFS**

Raymond P. Niro of the law firm Niro, Scavone, Haller & Niro, and Kim Grimmer and Jennifer L. Amundsen of the law firm Solheim Billing & Grimmer S.C., attorneys for plaintiffs Hyperphrase Technologies, LLC and Hyperphrase Inc. (collectively, "Hyperphrase"), hereby request permission to withdraw as counsel for Hyperphrase in the above-captioned civil action and to immediately terminate further representation of the plaintiffs in such action.

Permission to withdraw is sought because plaintiffs Hyperphrase have placed their attorneys in a position that has made it impossible for them to fulfill their professional responsibilities to plaintiffs and this Court because of a lack of availability and cooperation.

Further, Solheim Billing & Grimmer S.C. and Mr. Grimmer and Ms. Amundsen were engaged directly by Niro, Scavone, Haller & Niro as local counsel solely for the purposes of assisting in the filing of documents with the Court and providing advice and counsel as to local practices. They do not have

1

expertise in patent matters that would allow them to competently represent Hyperphrase after the withdrawal of Mr. Niro and Niro, Scavone, Haller & Niro. Solheim Billing & Grimmer, S.C., has had no direct contact with representatives of the plaintiff.  The majority of its work on this matter has been limited to advising the Niro firm on local practice and ensuring that pleadings were properly filed and served on the defense counsel. They should be allowed to withdraw for these additional reasons.

A copy of this motion has been provided to Hyperphrase and Hyperphrase has been assured that the below listed counsel will cooperate in any transition with successor counsel.

For the reasons stated, it is respectfully requested that this motion be granted.

Dated: September 18, 2009          Respectfully submitted,

**s/Jennifer L. Amundsen**
Kim Grimmer
Jennifer L. Amundsen
Solheim Billing & Grimmer S.C.
U.S. Bank Plaza, Suite 301
One South Pinckney Street
Madison, Wisconsin  53701-1644
(608) 282-1200
Fax:  (608) 282-1218

Raymond P. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

**Attorneys for Hyperphrase Technologies, LLC and Hyperphrase, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th of September 2009, a true and correct copy of **COUNSEL'S MOTION TO WITHDRAW AND TO TERMINATE REPRESENTATION OF PLAINTIFFS** was filed with the Clerk of the Court using the ECF filing system which will send notification of such filing to the following:

| | |
|---|---|
| Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br>(858) 678-5070<br>Fax: (858) 678-5099<br>Scherkenbach@fr.com<br><br>Jason W. Wolff<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego California 92130<br>(858) 678-5070<br>Fax: (858) 678-5099<br>wolff@fr.com | James A. Friedman<br>James D. Peterson<br>Hannah L. Renfro<br>Godfrey & Kahn, S.C.<br>One East Main Street<br>P.O. Box 2719<br>Madison, Wisconsin 53701-2719<br>(608) 257-3911<br>Fax: (608) 257-0609<br>jfriedman@gklaw.com<br>jpeterson@gklaw.com<br>hrenfro@gklaw.com |

      Attorneys for Google, Inc.


                                          **s/Jennifer L. Amundsen**