# Exhibit 1

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Jason W. Wolff
858 678-4719

Email
wolff@fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC



<u>*VIA EMAIL AND U.S. MAIL*</u>

July 14, 2009

Raymond P. Niro, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

Re: *HyperPhrase Technologies, LLC and HyperPhrase Inc. v. Google Inc.*
U.S.D.C. W.D. Wis. - Civil Action No. 06 C 0199 BBC

Dear Ray:

It has been over a month since I wrote requesting that HyperPhrase pay the judgment and post-judgment interest ordered by the Court on December 5, 2008. I have received no response. Please promptly inform us whether HyperPhrase will comply with the Court's order. Absent confirmation by Friday, July 17, 2009 of your client's intent to comply, Google intends to file a writ of execution to enforce the judgment.

If you no longer represent HyperPhrase, please also promptly let us know who we should contact about this matter.

Very truly yours,

Jason W. Wolff

JYW/lqm