HYPERPHRASE TECHNOLOGIES, LLC v. GOOGLE INC.

Doc. 160 Att. 2

# Exhibit 2

Dockets.Justia.com

| HOME | WHAT'S NEW | ABOUT PARK TOWNE | COMMERCIAL | RESIDENTIAL | TENANT BUYER | CONTACT US | NEWS & NOTES |



**By mail or phone at:**

Park Towne Development Corporation
402 Gammon Place, Suite 300
Madison, WI 53719

Phone: (608) 833-9044
Fax: (608) 833-1792

**Or email at:**

parktowne@parktowne.com

**Email a broker:**

Mary Feldt ,
maryf@parktowne.com

Mike Ring,
miker@parktowne.com

Doug Porter,
dougp@parktowne.com

Home | What's New | About Park Towne | Commercial | Residential | Tenant Buyer | Contact Us | News & Notes

CREATIVE • Z–D STUDIOS